# EXHIBIT 1

*[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]* CR-290.1

| ☒ SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO |
| ☐ MUNICIPAL BRANCH OR JUDICIAL DISTRICT |

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ARIC RAYMOND SANDS    XREF - 2442455    DOB: 12/18/1977    POB: CA    CASE NUMBER 05F03064

AKA:
CII#: A1D979217
BOOKING #:                                    ☐ NOT PRESENT

COMMITMENT TO STATE PRISON
ABSTRACT OF JUDGMENT    ☐ AMENDED ABSTRACT

| DATE OF HEARING 06/21/05 | DEPT. NO. 62 | JUDGE M. KENNY |
| CLERK M. FOORD | REPORTER K. NOWACK | PROBATION NO. OR PROBATION OFFICER WVD |
| COUNSEL FOR PEOPLE K. TONG, DDA | COUNSEL FOR DEFENDANT R. BERSON, PD    ☒ APPTD. |

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | JURY | COURT | PLEA | TERM (L, M, U) | YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 245 (A) (1) | ASSAULT W/DEADLY WEAPON W/LIKELYHOOD OF GBH | 2005 | 05/26/05 | | | X | L | 2 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 1 | PC 12022.7 (A) | 3 | | | | | | | 3 | 0 |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).
5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. ☒ RESTITUTION FINE of: $1000 per PC 1202.4(b) forthwith per PC 2085.5.
   b. ☒ RESTITUTION FINE of: $1000 per PC 1202.45 suspended unless parole is revoked.
   c. ☐ RESTITUTION of: $_____ per PC 1202.4(f) to    ☐ victim(s)*    ☐ Restitution Fund
      (*List victim name(s) if known and amount breakdown in item 7, below.)
      (1) ☐ Amount to be determined.    (2) ☐ Interest rate of: _____% (not to exceed 10% per PC 1204.4(f)(3)(F)).
   d. ☐ LAB FEE of: $_____ for counts: _____ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).    f. ☐ FINE of $_____ per PC 1202.5.
6. TESTING:  ☐ AIDS  ☒ DNA  pursuant to ☐ PC 1202.1  ☐ PC 290.2  ☒ other (specify): PC 296
7. Other orders (specify): $178.96 BOOKING FEE, $29.95 CLASS FEE, & $20 COURT SECURITY FEE-THRU DRR.

| 8. | TOTAL TIME IMPOSED: | 5 | 0 |

9. ☐ This sentence is to run concurrent with (specify):
10. Execution of sentence imposed
    a. ☒ at initial sentencing hearing.    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
    b. ☐ at resentencing per decision on appeal.    e. ☐ other (specify):
    c. ☐ after revocation of probation.

11.
| DATE SENTENCE PROUNOUNCED 06/21/05 | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS 89 INCLUDING: | ACTUAL LOCAL TIME 77 | LOCAL CONDUCT CREDITS 12 | ☐ 4019 ☒ 2933.1 | SERVED TIME IN STATE INSTITUTION ☐ DMH ☐ CDC ☐ CRC |

12. The defendant is remanded to the custody of the sheriff  ☒ forthwith  ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
    To be delivered to  ☐ the reception center designated by the director of the California Department of Corrections.
    ☒ other (specify): DVI

CLERK OF THE COURT: I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE A. SUY | DATE 06/22/05 |

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the
Judicial Council of California
CR-290.1 (Rev. January 1, 1999)

**ABSTRACT OF JUDGMENT—PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM**

Penal Code
§§ 1170,
1213, 1213.5

# EXHIBIT 2

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|------|------------------------|----------|-----------|--------------|
| 3/7/07 | Transfer Audit | SR | | |
| 3/8/67 | SVSP NEW ARRIVAL | 88 | | |
| 4/11/07 | (c) BCR, cdc 115 dtd 11.7.05, log Posted in folder | | | |
| | #051114ASU, (c) BCR, cdc 115 | | | |
| | dtd 11.7.05 log# 051114ASU, D2 | | | prox |
| | 10.12.05 thru mera of 2.13.07. — | MR. | EPRD 3.20.20. | |
| 6.6.07 | Re-calculated EPRD per In-Re Tate. | MR. | EPRD | 3.20.2011 |
| 6/13/07 | Intake Audit | MN | | |

| Number | Name | Page |
|--------|------|------|
| K91492 | Sands, Aric | 1G |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

## CHRONOLOGICAL HISTORY

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 8-27-05 | Intake Audit. Restitution ordered Sacramento Cty #05F03064 $1000— fine. EPRD calculated @ DI status effective 8-13-05. | CL | Controls EPRD | 7-8-09 |
| 9-28-05 | 90 days BCL, CDC 115 Log #050839RC dated 8-13-05. | CL | Controls EPRD | 10-6-09 |
| 10-18-05 | 90 days BCL, CDC 115 Log #050918ASU dated 9-14-05. | CL | Controls EPRD | 1-4-10 |
| 12-8-05 | 61 days BCL, CDC 115 Log # 05-11-14-ASU dated 11-7-05 | CL | Controls MAX EPRD | 3-30-10 |
| 12-8-05 | WGC  DZ from 8-13-05 thru 9-27-05 WGC  DI from 9-28-05 thru 10-1-05 WGC  DZ effective 10-2-05 | CL | | |
| 01/17/06 | OTC/Def/San Joaquin County Case #SF98374A RE | | | |
| 02/09/06 | Rtrn OTC/Def/San Joaquin County Case# SF98374A | RC | | |
| 3-6-06 | Intake- Rec'd Add'l commitment Case#SF098374A T/S date= 7-25-05 San Joaquin Co. CS to Case # 05F03064 AH | | | |
| 3-6-06 | Intake- Audit Restitution ordered per San Joaquin Co. Case#SF098374A, $200.00 | AH | EPRD | posted in En 3-22-04 |
| 4-14-06 | BCL, 360 days loss of credit Log # 05-10-04 ASU dtd. 10-02-05. | AH SH | EPRD max EPRD | 12-4-2011 3-20-205 |
| MAY 25 2006 | RECEIVED CSP-CORCORAN | | | |
| 7-25-05 | Discharge case #01F07541 & #02F09914 Retwnt. Remains on case #05F03064 & #SF098374A BX | | MAX | |
| 8-30-06 | Intake Audit | | EPRD | 3-20-2012 |

| Number | Name | Page |
|---|---|---|
| K91492 | SANDS, ARIC | 1f |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 1-28-05 | Modify BPT decision of 12-29-04, to Schedule an in-Custody hearing and retain PC 3056 hold, to read "Schedule NOT in Custody (NIC) hearing and remove PC 3056 Hold effective 1-28-05 NOTE: Under these circumstances CDC has (5) Five days to process paperwork per DOM 730305.6. Reaffirm all other aspects of the 12-29-04 BPT decision Parolee's Attorney to receive) a copy of this decision, if an Attorney is currently assigned. Parolee is to report to the parole Agent within two working days of release from Custody. | 'B' CDD 'A' CDD SF | | 7-17-07 8-18-06 |
| 1-31-05 | Intake/10 day Audit | SF | | |
| 1-31-05 | Continue on Parole | VP | | |
| 2-15-05 | BPT hearing results: NIC, continue on parole. | chw | | |
| 4-6-05 | Arrested / hold placed. | chw | rrd | 3-2-06 |
| 4-22-05 | BPT PCH parole revoked RTC eleven (11) months inelegible, signed optional waiver. | 'B' cdd 'A' cdd dr chw | | 8-21-07 8-18-06 3-2-07 |
| 5-25-05 | Parole Intake Audit | chw | | |
| 6-22-05 | BPT hearing result: Parolee accepted 11 (I) offer after activating optional waiver, previous BPT action of 4-22-05 is reaffirmed. | chw | | |
| 7/25/05 | REC'D DVI/RC PV/WNT | DCV | | |
| 8-27-05 | RE PC 3058.6 Notice Required | CL | | |

| Number | Name | Page |
|---|---|---|
| K91492 | Sands, Aric R. | 1E |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listing | Initials | Dead Time | Release Date |
|------|----------------------|----------|-----------|--------------|
| 4-20-04 | BPT Hrg. Chg 2: Parole Den RTC 10 mo I - Serve CS. BPT action of 1-20-04 is rescinded | KL | | |
| 6-8-04 | Misc Dec: Affirm BPT action and dispo on chg 1 of 3-22-04 and BPT action of 4-20-04 on chg 2 - OCF both chgs. Sanction of 7E on chg 1 runs CS with 10 I sanction on chg 2 | KL | | |
| 6-17-04 | Misc Dec: Amend BPT actions of 3-22-04 and 4-20-04 to reflect a combined term of 11 mo I. No need to re-serve in mate as inmate appeared at hrg on both dates. Term mitigated by 1 mo to reflect the comments of hearing officer dated 4-20-04. Rescind BPT action of 6-8-04. | KL | "A Max CDD  "B" CDD | 8-18-06  11-24-04  9-16-06  7-17-06 |
| 6-18-04 | Intake Audit | KL | DR | 11-25-05 |
| 7-1-04 | Rec'd MCEP | AB | | |
| 7-23-04 | Intake Audit | KV | | |
| 9-10-04 | 60 Day Audit | La | | |
| 11-9-04 | 10 Day Audit, total revocation time served is 330 days | KB | | |
| 11-24-04 | Paroled Reg I / Sacramento Metro Unit | NB | | |
| 12/16/04 | Rec'd DV/2C DV RTC | MB | | |
| 12-2-04 | Arrest/Hold placed | SF | | |

Number K91492   Name Sands, Aric Raymond   Posting Cont.   Page 1d

STATE OF CALIFORNIA      **CHRONOLOGICAL HISTORY**      DEPARTMENT OF CORRECTIONS

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 12/16/02 | REC'D DVI/RC PV/WNT | 3G | | |
| 11-21-02 | Arrest/Hold/ Reinstate on Parole | SH | | |
| 12-18-02 | RSC Parole Rev. RTC Twelve | | | |
| | (12) months eligible, uncond | | | |
| | waiver accepted 1-8-03. | SH | | |
| 1-15-03 | Intake Audit: Restitution | | PRRD | 7-22-03 |
| | Sac County Case# 02F09914, | | MRRD | 11-21-03 |
| | $200.00 fine. Per 1202.45PC | | CDD | 4-18-06 |
| | Sac County Case# 01F07541 | | DR | 7-22-04 |
| | $200.00 fine. | SH | Controls | |
| 1-15-03 | PC 296 DNA Completed | SH | EPRD | 10-13-03 |
| 1-22-03 | REC'D DVI—MAIN | CC | | |
| 2-26-03 | Discharged CS# 97F-09507 · Retwnt 4-26-02 | | PRCD | 6-9-03 |
| | | | MCRD | 11-21-03 |
| | Discharged CS# 98F-02254 Retwnt 4-26-02 | | COD | 3-6-06 |
| | | | OR | 6-9-04 |
| | Remains on CS# 01F07541, 02F09914 | NR | | |
| 2-27-03 | Intake Audit: WCG thru 2-27-03 @A1 | NR | Controls | 8-10-03 |
| | | | EPRD | 6-7-03 |
| 6-6-03 | 60 day Audit WCG thru | | PRRD | 6-20-03 |
| | 4-30-03 @ A1 | | MRRD | 11-21-03 |
| | | | CDD | 3-17-06 |
| | | | DR | 6-20-04 |
| | Intake Error | | Controls | |
| 8/14/03 | 10 day Audit | | EPRD | 8-21-03 |
| | WCG thru 8/20/03 @A1 Status | SH | | |
| 8/21/03 | Paroled to Region I Sac-Natomas | | | |
| | Unit, Dch Date: 8/21/06 | SH | | |
| 12-30-03 | Arrested/Hold Placed | B | PRRD | 8-29-2004 |
| 1-20-04 | BPT Screening Results, Parole Revoked RTC 12 mos. D.V.I. Signed Opt D Uncon. Waiver 1-27-04 | | MRRD | 12-29-2004 |
| | | | CDD "B" 4-21-2007 "A" 7-07-2006 | |
| 2-27-04 | Parole Intake Audit | B | DR | 8-29-2005 |
| 3-26-04 | REC'D DVI/RC PV/RTC | CC | | |
| A 3-22-04 | BPT: Chg 2 Postponed Parole Revoc Two E to run CS | ice | | |

Number R-91492    Name SANDS, ARIC RAYMOND    Page 1C

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 11-07-2001 | REC'D DVI/RC PV/WNT | fm | PRRD | 4-26-02 |
| 9-18-01 | Arrest / Hold | 9 | MARD | 8/14-02 |
| 10-1-01 | RSCPen Rev ATC 11 mos eligible | | CDD | 4-6-04 |
| | Signed Uncon. Waiver 1-27-01 | 9 | DR | 4-26-02 |
| 12-14-01 | Intake Audit - Rest. Fine Sac Co | | controls | |
| | Case# 01F07541 $200 | 9 | EPRD | 8-9-02 |
| 12-27-01 | OTRH/SACRAMENTO CO | | | |
| 12-31-01 | OTRH RTN / Sacramento Co | | | |
| 1/24/02 | **RECEIVED CSP-CORCORAN** | | | |
| 1-30-2002 | INTAKE AUDIT. REVIEW FOR COMPLIANCE w/ | | ½ controls EPRD | 6-22-2002 |
| | PC 296 AB 673, RESTITUTION ORDER SAC CO CASE# | | PRRD | 9-5-2002 |
| | 98F02254 & 97F09507 $200⁰⁰ EACH PER | | | |
| | 1202.45 PC, A1 EFF 1/30/02 | OCM | controls | |
| 2-4-2002 | REC'D 1103 D70 12/28/01, PAROLE REVOKED, RTN | | EPRD | 6-22-200 |
| | TO CUSTODY 12 mos (E) | OCM | PRRD | 4-22-2002 |
| 4-17-02 | 60 Day Audit. CC reviewed | fm | MRRD CAD | 9-18-02  4-6-04 |
| 6-11-02 | 10 Day Parole Audit | | DR | 4-22-03 |
| 6-20-02 | 30 days WCC, 115 dtd 6-8-02, log #. 1020615, | | EPRB | 7-7-02 |
| | WCG @ A1 thru 6-22-02 | M | CDD | 7-7-05 |
| 6-26-02 | 60 Day Audit. WCG thru 7.7.02 | | CDD | 4-6-04 |
| | @ A1 per 128G dtd 6-21-02 o Reviewed | | DR | 7-7-03 |
| | for compliance with PC 296 (AB673 | fm | | |
| 6-26-02 | 30 Day Parole Audit uco @ A1 | M | | |
| 07-07-02 | Paroled to Region-I, Sacramento North, Sacramento County | MB | | |
| 11-7-2002 | Parole Suspended effective 10-10-2002, Cale 2; Return to prison for further Proceedings. | PAC  fm | | -4/2 |

| Number | Name | Page |
|---|---|---|
| K91492 | SANDS, ARIC RAYMOND | 16 |

STATE OF CALIFORNIA

**CHRONOLOGICAL HISTORY**

DEPARTMENT OF CORRECTIONS

CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 9-19-00 | REC'D DVI/RC  PV/RTC | | | |
| * 9.2.2000 | Arrest + Hold Placed | | 1/3 PRRD | 12-31.2000 |
| * 9-15-00 | RSC Par Rev RTC 6 Months Eligible | | 1/3 MRRD | 3-1-2001 |
| | | | 0 PCDD | 9-8-2003 |
| | Signed Unc Waiver 9.21.2000 | | DR | 12-31-2001 |
| 9.28.2000 | Intake Audit | | | |
| 10-5-00 | Rec'd CMC-West | | | |
| 10-11-00 | Intake 10 day audit | cg | | |
| 12-22-00 | 10 day Parole Audit.  Per IM 2/89 | | | |
| | Actual days in custody this | | | |
| | revocation: 120 days.  Total served | | | |
| | to date: 151 days | | | |
| 12-31-00 | Return to Parole (Region I, | | | |
| | Unit Sacramento natromas | | | |
| 4-4-01 | REC'D DVI/RC  PV, RTC | | | |
| 2-22-01 | | | | |
| 4-24-01 | Arrest / Hold | np | PRRD | 6-22-01 |
| 3-8-01 | RSC: Par. Rev. 6 mos Eligible | | MRRD | 8.21.01 |
| | Signed Uncond 3-12-01 | np | CDD | 1-3-04 |
| 4-24-01 | Intake Audit | np | DR | 6-22-02 |
| 4-27-01 | REC'D DVI—MAIN | | PRRD | 6-9-01 |
| | | | MRRD | 8-21-01 |
| 5-10-01 | Intake/60 day Audit: WCL thru 5-9-01 | np | CDD | 12-21-03 |
| | | | DR | 6-9-02 |
| * 4-4-01 | WANTED: Placer County Sheriff #6220013 | | | |
| | T/S expires 6-21-2001 | | PRRD | 6-10-2001 |
| | | | MRRD | 8-21-2001 |
| 6-4-01 | N.L.W. Placer Co S O # 6220013 | | | |
| 6-5-2001 | 10 Day Audit | | CDD | 12-23-03 |
| | | | DR | 6-10-2002 |
| 10-11-01 | Return to Parole Region:  E | | | |
| | Sac Nat  Office. Actual time spent in | | | |
| | custody for this revocation is 109 Days | | 1/3 PRRD | 4-26-2002 |
| 9-18-01 | Arrested / Hold Placed | | MRRD | 8-14-2002 |
| 10-1-01 | Screening Results: Parole Revoked RTC. | | CDD | 4-6-2004 |
| | 11 months E. Signed opt Waiver 10-12-01 | JT | DR | 4-26-2003 |

| Number | Name | | | Page |
|---|---|---|---|---|
| K91492 | SANDS, ARIC | | | ja |

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 4-8-7-98 | REC'D/DVI RC | JH | | |
| 4-14-98 | Intake Audit – Sacramento County Case #2? | | | |
| | #98F02354 Restitution Fine $200.00 ord | JH | EPRD | 3-11-2000 |
| | #99F09507 Restitution Fine $200.00 | JH | | |
| 5-26-98 | REV CC | JSH | | |
| 6-3-98 | Intake Audit | R | | |
| 6-25-98 | WG chg A1 eff 6-19-98 | R | RPRD | 10-5-99 |
| 7-31-98 | WCL dtd 7-7-98 #9806065 120 days; | JH2O | | |
| | WCLs thru 6-30-98 | R | RPRD | 12-4-99 |
| 1-15-99 | WCL dted 12-15-98 #23981/3054 90 days; | | | |
| | 6 mo WCL thru 12-17-98; WG chg A2 | | | |
| | eff 12-16-98; 1A in 7/98    (A2) R | | EPRD | 5-31-2000 |
| 3-3-99 | WG Change, A1 eff 1-22-99 | LZ | EPRD | 1-28-2000 |
| 5-20-99 | WCL dtd 4-6-99 #229204002 120 days; | | EPRD | 2-7-2000 |
| | WCLs thru 4-30-99 | LZ | | |
| 6-8-99 | WCL dtd 5-11-99 #229905005 90 days; | | EPRD | 7-7-2000 |
| | WG chg A2 eff 5-12-99; WCLs thru 5-28-99 | R | | |
| 7-15-99 | Reviewed for Compliance w/ PC2960 | | | |
| | WG chg A1 eff 7-10-99 | R | EPRD | 4-7-2000 |
| 10-4-99 | Velr Code Review | R | | |
| 2-7-2000 | 60 Day Parole Audit; WCG thru 12/31/99 @ A1 | MW | | |
| 3-24-2000 | 10 Day Audit; WCG thru 4-6-2000 @ A | LZ | | |
| 3-24-2000 | Notice Requested: D.A. Sacramento Co. | LZ | | |
| 4/7/2000 | RELEASED ON PAROLE, REGION I | | | |
| | DISTRICT: Sac-Natomas COUNTY: Sacramento | | | |
| | PAROLE PERIOD: 3 years DISCHARGE DATE: 04/07/2003 | TB | | |
| 4-10-00 | ARRESTED / HOLD PLACED | BM | RRD | 5-11-00 |
| 5-11-00 | NRNG. RSLTS: PAR. REV., RTC | | CDD | 5-8-03 |
| | CTS (31) days                       X | BM | DR | 5-11-01 |
| 5-12-00 | PAROLE AUDIT  Ret to Parole Regn I Sac Nat Sac Co. | BM | | |

| Number | Name | Page |
|---|---|---|
| K-91492 | SANDS, ARIC RAYMOND | 1 |

# EXHIBIT 3

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS

**CRIME / INCIDENT REPORT**
**PART A - COVER SHEET**
CDC 837-A (Rev. 09/03)

| PAGE 1 OF ___ 6 | INCIDENT LOG NUMBER | INCIDENT DATE | INCIDENT TIME |
|---|---|---|---|
| | DVI-ASU-05-10-0282 | 10/02/05 | 11:00 |

| INSTITUTION | FACILITY | FACILITY LEVEL | INCIDENT SITE | LOCATION | ☒ ASU ☐ SHU ☐ PSU ☐ PHU |
|---|---|---|---|---|---|
| DVI | ASU | ☐ I ☐ II ☐ III ☒ IV | K-Wing | K-Wing South Yard | ☐ SNY ☐ GP ☐ CTC ☐ RC |

SEG. YARD? ☒ CC ☐ WA ☐ RM    USE OF FORCE ☒ YES ☐ NO

**SPECIFIC CRIME / INCIDENT**
Battery on an Inmate with Weapon with SBI Requiring The Use Of Force

☒ CCR ☐ PC ☐ N/A
NUMBER/SUBSECTION: 3005 (c)

| D. A. REFERRAL ELIGIBLE | SERT ACTIVATED | NMT ACTIVATED | MUTUAL AID REQUEST | PIO/AA NOTIFIED |
|---|---|---|---|---|
| ☒ YES ☐ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO | ☐ YES ☒ NO |

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

| DEATH | CAUSE OF DEATH | ASSAULT / BATTERY | TYPE OF ASSAULT / BATTERY |
|---|---|---|---|
| ☐ INMATE | ☐ ACCIDENTAL ☐ SUICIDE | ☒ ON INMATE | ☐ BEATING ☐ SPEARING |
| ☐ STAFF | ☐ EXECUTION ☐ NATURAL | ☐ ON STAFF | ☐ GASSING ☒ STABBING |
| ☐ VISITOR | ☐ HOMICIDE | ☐ ON VISITOR | ☐ POISONING ☐ STRANGLING |
| ☐ OTHER: | ☐ OVERDOSE | ☐ OTHER: | ☐ SEXUAL ☐ OTHER: |
| | ☐ UNKNOWN | | ☐ SHOOTING |
| ☒ N/A | ☒ N/A | ☐ N/A | ☒ SLASHING ☐ N/A |

Rec'd (handwritten)

| SERIOUS INJURY | INMATE WEAPONS | SHOTS FIRED / TYPE WEAPON / FORCE |
|---|---|---|
| ☒ INMATE | ☐ CHEMICAL SUBSTANCE | **TYPE:** | **WEAPON:** WARNING # EFFECT # **TYPE:** NO: |
| ☐ STAFF | ☐ CLUB / BLUDGEON | ☐ COMMERCIAL WEAPON | ☐ MINI 14 _____ _____ **BATON ROUND:** |
| ☐ VISITOR | ☐ EXPLOSIVE | | ☐ 38 CAL. _____ _____ ☐ WOOD |
| ☐ OTHER: | ☐ FIREARM | ☒ INMATE MANUFACTURED | ☐ 9MM _____ _____ ☐ RUBBER |
| | ☐ HANDS / FEET | WEAPON | ☐ SHOTGUN _____ _____ ☐ FOAM |
| ☐ N/A | ☐ KNIFE | | **LAUNCHER:** **STINGER:** |
| | ☐ SAP/SLUNG SHOT | | ☐ 37MM _____ .32 (A) |
| | ☐ PROJECTILE | | ☐ L8 _____ .60 (B) |
| **ESCAPES** | ☐ SPEAR | | ☒ 40MM D22880 **EXACTIMPACT** |
| | ☒ SLASHING INSTRUMENT | | ☐ 40MM MULTI _____ CTS 4557 |
| ☐ W / FORCE | ☒ STABBING INSTRUMENT | | ☐ HFWRS _____ XM 1006 01 |
| ☐ W/O FORCE | ☐ OTHER: _____ | | **FORCE:** **CHEMICAL:** |
| ☐ ATTEMPTED | | | ☐ SIDE-HANDLE BATON ☐ OC |
| | ☐ BODILY FLUID ☐ OTHER FLUID: _____ | | ☐ PHYSICAL FORCE ☐ CN |
| ☒ N/A | ☐ UNKNOWN LIQUID | | ☐ X10 ☐ CS |
| | ☐ N/A | | ☐ OTHER: _____ ☐ N/A |

| CONTROLLED SUBSTANCE / WEIGHT | PROGRAM STATUS | EXCEPTIONAL ACTIVITY |
|---|---|---|
| ☐ POSITIVE UA ☐ CONTROLLED MEDS | ☐ MODIFIED PROGRAM | ☐ EMPLOYEE JOB ACTION ☐ WEATHER |
| ☐ WITH PACKAGING ☐ WITHOUT PACKAGING | ☐ LOCKDOWN | ☐ ENVIRONMENTAL HAZARD ☐ SEARCH WARRANT |
| PRELIMINARY LAB | ☐ STATE OF EMERGENCY | ☐ EXPLOSION ☐ ARREST |
| ☐ AMPHETAMINE _____ _____ | | ☐ FIRE ☐ OTHER: |
| ☐ BARBITURATES _____ _____ | IF YES, LIST AFFECTED | ☐ GANG/DISRUPTIVE GROUP |
| ☐ COCAINE _____ _____ | PROGRAMS: | ☐ HOSTAGE |
| ☐ CODEINE _____ _____ | | ☐ INMATE STRIKE EXTRACTION: |
| ☐ HEROIN _____ _____ | | ☐ MAJOR DISTURBANCE ☐ CONTROLLED |
| ☐ MARIJUANA/THC _____ _____ | | ☐ MAJOR POWER OUTAGE ☐ IMMEDIATE |
| ☐ METHAMPHETAMINE _____ _____ | | ☐ NATURAL DISASTER |
| ☐ MORPHINE _____ _____ | | ☐ PUBLIC DEMONSTRATION |
| ☐ OTHER: _____ _____ | ☒ N/A | ☐ SPECIAL INTEREST I/M ☒ N/A |
| ☒ N/A | | |

**BRIEF DESCRIPTION OF INCIDENT (ONE OR TWO SENTENCES):**

On Sunday, October 2, 2005, at approximately 1100 hours, inmates Sands, K-91492 K-339, Ketcherside, T-54160 K-337, and Howard, T87783 K-108, participated in the Battery of inmate Leimweber, T-58130 K-105, with weapons which resulted in serious bodily injury. As a result of the incident, less lethal force was utilized.

COMPLETE SYNOPSIS / SUMMARY ON PART A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| C. PLACERES | Lieutenant | 151524 | 6351 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | 6173 | 10/02/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
|---|---|---|
| M. H. REYES   AOD | Associate Warden | co/3/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| PAGE 2 OF 6 | INCIDENT LOG NUMBER |
| --- | --- |
| | DVI-ASU-05-10-0282 |

| INSTITUTION | FACILITY | DATE OF INCIDENT | TIME OF INCIDENT |
| --- | --- | --- | --- |
| Deuel Vocational Institution | Administrative Segregation Unit | 10/02/05 | 11:00 |

TYPE OF INFORMATION:

☒ SYNOPSIS/SUMMARY OF INCIDENT    ☐ SUPPLEMENTAL INFORMATION    ☐ AMENDED INFORMATION    ☐ CLOSURE REPORT

**NARRATIVE:**

On Sunday, October 2, 2005, at approximately 1100 hours, inmates Sands, K-91492, K-339, Ketcherside, T-54160 K-337, and Howard, T-87783 K-108, participated in the battery with weapons with serious bodily injury, on inmate Leimweber, T-58130 K-105, resulting in the use of force, on the K-Wing Administrative Segregation Unit (ASU) Controlled Compatible Group #1 Yard.

While supervising the K-Wing South Controlled Compatible (CC) Group #1 Yard, which consisted of White and Southern Hispanic inmates, Tower #10 Officer R. Mora observed inmates Sands and Ketcherside battering/attacking inmate Leimweber by striking him with fists and feet to the head and upper torso, in the south west corner of the yard. Officer Mora activated the yard alarm and yelled verbal orders for the inmates to stop their actions and to get down on the ground. They refused to comply. Utilizing the 40mm launcher, serial number D22880, Officer Mora targeted zone one (lower extremities) of inmate Ketcherside and discharged one (1) XM1006, Exact Impact Round. Officer Mora could not determine where the round struck, however, the use of force had the desired effect as the involved inmates assumed the prone position.

ASU Sergeant T. Brennan and responding staff arrived to the scene and established an outer perimeter of the K-Wing south yard. All inmates assumed the prone position and were given directions to maintain in the prone position until the yard was recalled. Sergeant Brennan observed inmate Leimweber with injuries to the back area, specifically several lacerations/scratches that were actively bleeding. Officer C. Braga was instructed to perform a schematic of the yard prior to the recall. Inmates Sands and Ketcherside were in between Leimweber and the yard gate, therefore, they were removed from the yard first and escorted to a holding cell. Leimweber was removed from the yard and escorted to a holding cell. The remainder of the yard was systematically recalled without further incident.

During the controlled recall, Officer U. Madrigal discovered an inmate manufactured slashing weapon under the fence on the catwalk, near the south west corner of the yard. Officer Madrigal preserved and secured the scene for processing as the remainder of the yard was recalled. At the completion of the recall, Officer Madrigal conducted a systematic search of the yard and catwalk. Officer Madrigal discovered several blood splatters in the south west portion of the yard. He discovered an inmate manufactured stabbing weapon in the yard toilet. He completed the search without further significant discovery. Officer Madrigal collected and secured the two weapons. The stabbing weapon was fashioned from round metal, sharpened to a point at one end, with a cloth handle at the other. It appeared to be fashioned from cyclone fence. It measured approximately eight inches (8") in total length, with four and one half inches (4 1/2") of exposed metal. The metal was approximately one eighth inch (1/8") thick. The slashing weapon consisted of two "Bic" type razor blades secured to a rigid handle. The handle and blades were secured with layers of toilet paper, clear plastic wrap and string. It measured approximately two and one half inches (2 12") in length and one half inches (1/2") in width. Officer Madrigal, utilizing the Polaroid Spectra camera, exposed seventeen (17) photographs of the yard, incident areas, blood splatters, weapons, and injuries sustained by Leimweber. Prior to Leimweber being rehoused, Officer Madrigal collected his State issue boxer shorts, which appeared to have blood splatters. Officer Madrigal processed the photographs, boxer shorts, and weapons into the DVI evidence room per institutional procedures. Prior to exiting the yard, Officer Madrigal retrieved the expended round and disposed of it through the institutional armory.

Officer Mora and Sergeant Brennan reviewed the VHS video tapes of the incident recorded by the K-Wing yard surveillance system. The video tapes revealed/showed Sands attack Leimweber with a stabbing motion to his body in the north west portion of the yard. Leimweber ran toward the south west area of the yard. Sands threw an object from his right hand on the ground behind him and pursued Leimweber. Ketcherside joined the pursuit. Inmate Howard walked to the area Sands discarded the object, bent down and picked it up. He ran to the yard toilet area and appeared to attempt to flush the object. Sands resumed his attack of Leimweber in the south west corner of the yard. Ketcherside attacked Leimweber and made

☒ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
| --- | --- | --- | --- |
| C. PLACERES | Lieutenant | 151524 | 6351 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
| --- | --- | --- |
| | 6173 | 10/02/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | TITLE | DATE |
| --- | --- | --- |
| M. H. REYES    AOD  Columbo | Associate Warden | 10/3/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART A1 - SUPPLEMENT**
CDC 837-A1 (09/03)

DEPARTMENT OF CORRECTIONS

| | PAGE __3__ OF __6__ | INCIDENT LOG NUMBER |
|---|---|---|
| | | DVI-ASU-05-10-0282 |

| INSTITUTION | FACILITY | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|
| Deuel Vocational Institution | Administrative Segregation Unit | 10/02/05 | 11:00 |

TYPE OF INFORMATION:
[X] SYNOPSIS/SUMMARY OF INCIDENT   [ ] SUPPLEMENTAL INFORMATION   [ ] AMENDED INFORMATION   [ ] CLOSURE REPORT

**NARRATIVE:**

slashing motions to his back and left side, then appeared to throw an object on the ground near the fence. The tower then discharged the Exact Impact round and the inmates separated. Officer Mora and Sergeant Brennan compared the locations of the inmates with the yard schematic and confirmed the identities of the combatants. The video and schematic confirmed Howard's involvement by showing his presence in the toilet area and attempting to dispose of the weapon. The slashing weapon was discovered in the area Ketcherside attempted to discard it. The stabbing weapon was discovered in the toilet where Howard attempted to flush it. Officer Mora processed the VHS video tapes per institutional procedures.

Leimweber sustained abrasions/scratches consistent with being inflicted by a slashing weapon, to his upper, mid and lower back, back of left arm and left ear, puncture wounds consistent with being inflicted by a stabbing weapon to his upper left back and lower right back. Sands and Ketcherside sustained no injuries, but were discovered to have blood on their palms.

Sands and Ketcherside were informed they are being charged with a violation of the California Code of Regulations, Title 15, Section 3005(c) Force and Violence, for the specific act of "Battery on an Inmate with a Weapon with Serious Bodily Injury". They were further informed this matter will be referred to the San Joaquin County District Attorneys Office for possible felony prosecution.

Howard was informed he is being charged with a violation of the California Code of Regulations, Title 15, Section 3005(c) Force and Violence, for the specific act of "Conspiracy to Batter an Inmate with a Weapon". He was further informed this matter will be referred to the San Joaquin County District Attorneys Office for possible felony prosecution.

There were no injuries to staff or any other inmates, nor damage to State property as a result of this incident. There were no allegations of unnecessary or inappropriate use of force. All administrative staff have been notified. Your office will be apprised of any further developments should they occur, via supplemental reports.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL A1

| NAME OF REPORTING STAFF (PRINT/TYPE) | TITLE | ID # | BADGE # |
|---|---|---|---|
| C. PLACERES | Lieutenant | 151524 | 6351 |

| SIGNATURE OF REPORTING STAFF | PHONE EXT. (INCIDENT SITE) | DATE |
|---|---|---|
| | 6173 | 10/02/05 |

| NAME OF WARDEN / AOD (PRINT/SIGN) | | TITLE | DATE |
|---|---|---|---|
| M. H. REYES  AOD  Palumbo | | Associate Warden | 10/3/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B1 - INMATE**
CDC 837-B1 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE __4__ OF __6__

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| Deuel Vocational Institution | Administrative Segregation Unit | DVI-ASU-05-10-0282 |

### INMATE (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Sands | | | K-91492 | M | White | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☒ YES | | | | ☐ YES | | |
| ☒ SUSPECT | | ☐ NO | | | | ☒ NO | | K-339 |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ N/A | ☐ DMH | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

☒ N/A

PRISON GANG / DISRUPTIVE GROUP

☐ VALIDATED   ☐ ASSOCIATED   ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☒ N/A   ☒ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Ketcherside | | | T-54160 | M | White | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☒ YES | | | | ☐ YES | | |
| ☒ SUSPECT | | ☐ NO | | | | ☒ NO | | K-337 |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ N/A | ☐ DMH | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

☒ N/A

PRISON GANG / DISRUPTIVE GROUP

☐ VALIDATED   ☐ ASSOCIATED   ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☒ N/A   ☒ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Howard | | | T-87783 | M | White | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☐ VICTIM | | ☒ YES | | | | ☐ YES | | |
| ☒ SUSPECT | | ☐ NO | | | | ☒ NO | | K-108 |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ N/A | ☐ DMH | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

☒ N/A

PRISON GANG / DISRUPTIVE GROUP

☐ VALIDATED   ☐ ASSOCIATED   ☐ N/A

☐ HOSPITALIZED   ☐ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☒ N/A   ☒ N/A

| NAME: LAST | FIRST | MI | CDC # | SEX | ETHNICITY | FBI # | CII # |
|---|---|---|---|---|---|---|---|
| Leimweber | | | T-58130 | M | White | | |

| CHECK ONE | CLASS SCORE | PV RTC | DATE REC'D BY CDC | DATE REC'D BY INST | ANTICIPATED RELEASE DATE | EXTRACTION | DOB | HOUSING ASSIGN. |
|---|---|---|---|---|---|---|---|---|
| ☒ VICTIM | | ☒ YES | | | | ☐ YES | | |
| ☐ SUSPECT | | ☐ NO | | | | ☒ NO | | K-105 |
| ☐ WITNESS | ☐ CCCMS ☐ MHCB | ☐ EOP ☐ DDP | ☐ DPP ☐ N/A | ☐ DMH | COMMITMENT OFFENSE | | | COUNTY OF COMMITMENT |

DESCRIPTION OF INJURIES:

Punctures to upper left back and lower right back, abrasions/scratches to left ear, upper, mid and lower back, left arm.

☐ N/A

PRISON GANG / DISRUPTIVE GROUP

☐ VALIDATED   ☐ ASSOCIATED   ☐ N/A

☐ HOSPITALIZED   ☒ TREATED & RELEASED   ☐ REFUSED TREATMENT   NAME/LOCATION OF HOSP./TREAT. FACILITY
☐ DECEASED DATE: _____   ☐ N/A   ☐ N/A   K Wing Medical

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

DEPARTMENT OF CORRECTIONS

PAGE _5_ OF _6_

| INSTITUTION | FACILITY | INCIDENT LOG NUMBER |
|---|---|---|
| Deuel Vocational Institution | Administrative Segregation Unit | DVI-ASU-05-10-0282 |

### STAFF (ENTIRE SHEET)

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Mora | | | Correctional Officer | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [X] PRIMARY  [ ] CAMERA | 44213 | | 2324 | Tower 10 |
| [ ] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [ ] YES  [X] NO | [X] YES  [ ] NO |
| [ ] DECEASED DATE: _____ [X] N/A | [X] N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Madrigal | | | Correctional Officer | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [ ] PRIMARY  [ ] CAMERA | 67819 | | 2301 | K-1#1 |
| [X] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [X] YES  [X] NO | [X] YES  [ ] NO |
| [ ] DECEASED DATE: _____ [X] N/A | [X] N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Higgins | | | Correctional Officer | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [ ] PRIMARY  [ ] CAMERA | 54415 | | 2302 | K-1#2 |
| [X] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [ ] YES  [X] NO | [ ] YES  [X] NO |
| [ ] DECEASED DATE: _____ [X] N/A | [X] N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Braga | | | Correctional Officer | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [ ] PRIMARY  [ ] CAMERA | 38070 | | 2308 | K-2#1 |
| [X] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [ ] YES  [X] NO | [ ] YES  [X] NO |
| [ ] DECEASED DATE: _____ [X] N/A | [X] N/A | TYPE: _____ | |

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|
| Cox | | | Correctional Officer | | | |

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|
| [ ] PRIMARY  [ ] CAMERA | 32940 | | 2309 | K-2#2 |
| [X] RESPONDER | | | | |
| [ ] WITNESS | DESCRIPTION OF INJURIES: | | | |
| [ ] VICTIM | [X] N/A | | | |

| [ ] HOSPITALIZED  [ ] TREATED & RELEASED | NAME/LOCATION OF HOSP./TREAT. FACILITY | USED FORCE | PROCESSED EVIDENCE |
|---|---|---|---|
| [ ] REFUSED TREATMENT | | [ ] YES  [X] NO | [ ] YES  [X] NO |
| [ ] DECEASED DATE: _____ [X] N/A | [X] N/A | TYPE: _____ | |

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART B2- STAFF**
CDC 837-B2 (09/03)

PAGE __6__ OF __6__

| INSTITUTION Deuel Vocational Institution | FACILITY Administrative Segregation | INCIDENT LOG NUMBER DVI-ASU-05-10-0282 |
|---|---|---|

**STAFF (ENTIRE SHEET)**

| NAME: LAST Brennan | FIRST ▆▆▆ | MI | TITLE Correctional Sergeant | SEX ▆ | ETHNICITY ▆▆▆ | RDO'S ▆▆ |
|---|---|---|---|---|---|---|

| CHECK ONE | BADGE # 50520 | ID # ▆▆▆ | POST ASSIGN. # 2062 | POSITION K Sergeant |
|---|---|---|---|---|

☐ PRIMARY   ☐ CAMERA
☒ RESPONDER
☐ WITNESS
☐ VICTIM

DESCRIPTION OF INJURIES:
☒ N/A

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: _____ ☒ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☒ N/A | USED FORCE ☐ YES   ☒ NO TYPE: | PROCESSED EVIDENCE ☐ YES   ☒ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|

☐ PRIMARY   ☐ CAMERA
☐ RESPONDER
☐ WITNESS
☐ VICTIM

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A | USED FORCE ☐ YES   ☐ NO TYPE: | PROCESSED EVIDENCE ☐ YES   ☐ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|

☐ PRIMARY   ☐ CAMERA
☐ RESPONDER
☐ WITNESS
☐ VICTIM

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A | USED FORCE ☐ YES   ☐ NO TYPE: | PROCESSED EVIDENCE ☐ YES   ☐ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|

☐ PRIMARY   ☐ CAMERA
☐ RESPONDER
☐ WITNESS
☐ VICTIM

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A | USED FORCE ☐ YES   ☐ NO TYPE: | PROCESSED EVIDENCE ☐ YES   ☐ NO |
|---|---|---|---|

| NAME: LAST | FIRST | MI | TITLE | SEX | ETHNICITY | RDO'S |
|---|---|---|---|---|---|---|

| CHECK ONE | BADGE # | ID # | POST ASSIGN. # | POSITION |
|---|---|---|---|---|

☐ PRIMARY   ☐ CAMERA
☐ RESPONDER
☐ WITNESS
☐ VICTIM

DESCRIPTION OF INJURIES:
☐ N/A

| ☐ HOSPITALIZED   ☐ TREATED & RELEASED ☐ REFUSED TREATMENT ☐ DECEASED DATE: _____ ☐ N/A | NAME/LOCATION OF HOSP./TREAT. FACILITY ☐ N/A | USED FORCE ☐ YES   ☐ NO TYPE: | PROCESSED EVIDENCE ☐ YES   ☐ NO |
|---|---|---|---|

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTION

PAGE __1__ OF __3__

INCIDENT LOG NUMBER
DVI-ASU-05-10-028?

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| *Mora* | | | 10/2/05 | 1100 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 272324 | Tower #10 | 15 YR. 4 MO. | 10/2/05 | K-South Yard |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | SBI | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|---|
| | 0530/1330 | Battery on an inmate with a weapon with 4NOF | | 3005(c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☒ PRIMARY | T. Brennan (S) Sgt | Sands K-91492 (SU) |
| ☐ RESPONDER | V. Madrigal (S) | Ketcherside T-54160 (SU) |
| ☐ WITNESS | R. Higgins (S) | Howard T-87783 (SU) |
| ☐ VICTIM | R. Cox (S) | |
| ☐ CAMERA | R. Mora (S) (Evm) | Leimweber T-58130 (V) |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| ☒ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC | 37 MM | | | 9 MM |
| ☐ NONE | ☐ 38 CAL | ☐ CN | L8 | | | 38 CAL |
| | ☐ SHOTGUN | ☐ CS | 40 MM | Exact Impact | 1 | MINI-14 |
| FORCE OBSERVED BY YOU | ☐ 37 MM ☐ L8 | ☐ OTHER: | | | | |
| ☐ WEAPON | ☒ 40 MM ☐ 40 MULTI | ☐ N/A | 40 MULTI | | | ☐ N/A |
| ☐ PHYSICAL | ☐ HFWRS ☐ BATON | | SHOTGUN | | | |
| ☒ NONE | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | (2) VHS Video Tapes | DVI evidence chute | ☐ YES | ☐ YES |
| ☒ NO (Evm) | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A on Sunday, October 2, 2005, | ☒ N/A About 1100, | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: | |

**NARRATIVE:** While performing my duties as Tower 10 officer I observed two I/M's attacking another I/M by striking him about the head and upper body area with their fists and feet. The attacking I/M's were later identified as I/M Sands K-91492 K-339 and I/M Ketcherside T-58138 K-337. The victim was identif. later as I/M Leimweber T-58130 K-105. I ordered them to "stop fighting and get down" twice, they did not comply. I then activated the K-yard alarm. I yelled once more "stop fightinl and get down,

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| R. Mora | C/O | 44213 | | 10/2/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| T. Brennen Sgt. | 10/2/05 | ☒ YES ☐ NO | ☐ YES ☒ NO | 10/2/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIO

PAGE __2__ OF __3__

INCIDENT LOG NUMBER
DVI -ASU-05-10-028

NAME: LAST
*Mora*

FIRST
R ████████

MI

**TYPE OF INFORMATION:**

☒ CONTINUATION OF REPORT   ☐ CLARIFICATION OF REPORT   ☐ ADDITIONAL INFORMATION

**NARRATIVE:** THEY DID NOT COMPLY. UTILIZING THE ASSIGNE
TOWER 10 40mm LAUNCHER SERIAL # D-22880 I FIRED
(1) EXACT IMPACT ROUND AT I/M KETCHERSIDE, ZONE ONE
AREA (LEGS). I DID NOT OBSERVE AN IMPACT. I RELOADED
WITH ANOTHER EXACT IMPACT ROUND, AND ~~AIMED~~ AT THAT
POINT THEY ALL COMPLIED BY LYING IN THE PRONE
POSITION ALONG WITH THE REST OF THE YARD.
RESPONDING STAFF ARRIVED ON THE SCENE. ALL THREE
WERE RECALLED OFF THE YARD AND TAKEN OUT OF THE AREA
WITHOUT INCIDENT. I CONTINUED TO PROVIDE GUN COVERAG
WHILE RECALLING THE REST OF THE YARD. THE YARD
WAS RECALLED WITHOUT FURTHER INCIDENT. I WAS
DEMANNED AND REPORTED TO K-WING IN ORDER TO REVIEW
THE K-SOUTH YARD SURVEILLANCE TAPES. WHILE REVIEWI
THE TAPES I SAW I/M SANDS + KETCHERSIDE ATTACK
I/M LEIMWEBER ON THE NORTHWEST CORNER OF THE YARD
I OBSERVED SANDS MAKE A STRIKING MOTION ~~TWICE~~ TO
LEIMWEBER'S BACK. ~~ONCE IN THE UPPER~~ AND ~~ONCE IN
THE LOWER.~~ LEIMWEBER THEN BEGAN TO RUN TO THE
SOUTHWEST CORNER. SANDS APPEARED TO THROW AN OBJECT
DOWN WITH HIS RIGHT HAND. SANDS AND KETCHERSIDE
RAN AFTER LEIMWEBER. AT THAT TIME I/M HOWARD
T-87783 K-108, WALKED TO THE AREA WHERE SANDS THREW
THE OBJECT, AND PICKED IT UP FROM THE GROUND.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | C/o | 44213 | ████ | 10/2/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| Brennan Sgt. | 10/2/05 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 10/2/05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTION

PAGE __3__ OF __3__

INCIDENT LOG NUMBER
DVI-ASU-05-10-028

NAME: LAST __MORA__    FIRST ████████    M __A__

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

NARRATIVE: HE THEN RAN TO THE YARD TOILET AND APPEARED TO ATTEMPT TO FLUSH SOMETHING. SANDS AND KETCHERSIDE CONTINUED TO ATTACK LEIMWEBER IN THE SOUTH WEST CORNER OF THE YARD. I OBSERVED KETCHERSIDE UNRAVEL SOMETHING TOILET PAPER AND PULL OUT AN OBJECT AND MAKE SLASHING MOTIONS TO LEIMWEBERS BACK AND HEAD. AFTER I FIRED THE EXACT IMPACT ROUND, THE I/M'S INMATES SEPARATED AND LAY PRONE. THE INMATES ACTIONS, LOCATION AND IDENTITIES WERE VERIFIED BY COMPARING / COMBINING THE VIDEOS, THE SCHEMATIC DIAGRAM COMPLETED BY C/O C. BRAGA AND MY EYEWITNESS ACCOUNT. I MAINTAINED CONTROL OF THE TWO VHS VIDEO'S TAPES AND PROCESSED THEM INTO THE DVI EVIDENCE CHUTE.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF    TITLE C/O    BADGE # 44213    ID # ████████    DATE 10/2/05

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) T. Brennan Sgt    DATE RECEIVED 10/2/05    APPROVED [X] YES [ ] NO    CLARIFICATION NEEDED [ ] YES [X] NO    DATE 10/2/05

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTION

PAGE _1_ OF _3_

INCIDENT LOG NUMBER
DVI·ASU·05·10·028

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Madrigal | U ██████ | ██████ | 10·2·05 | 1100 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT | |
|---|---|---|---|---|---|
| 722301 | K-1 East Side officer | 2 YR. 3 MO. | 10·2·05 | K-Wing ASU Yard. | ☐ N/A |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | |
|---|---|---|---|---|
| ██████ | 0600-1400 | Battery on an Inmate w/weapon w/ SBI w/ U.O.F | 3005 (C) | ☐ N/A |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | (S) Sgt. T. Brennan | (S) Sands K·91492   (V) Leimweber |
| ☒ RESPONDER | (S) R. Higgins | (S) Ketcherside          T·58130 |
| ☐ WITNESS | (S) C. Braga | T·54160 |
| ☐ VICTIM | (S) R. Cox | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | SHOTS FIRED BY YOU |
|---|---|---|

FORCE USED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ NONE

WEAPONS USED BY YOU
☐ MINI-14
☐ 9 MM
☐ 38 CAL
☐ SHOTGUN

CHEM. TYPE:
☐ OC _____
☐ CN _____
☐ CS _____
☐ OTHER: _____
☒ N/A

SHOTS FIRED BY YOU

| | TYPE: | NO: | | NO: |
|---|---|---|---|---|
| 37 MM | | | 9 MM | |
| L8 | | | 38 CAL | |
| 40 MM | | | MINI-14 | |
| 40 MULTI | | | | |
| SHOTGUN | | | ☒ N/A | |

FORCE OBSERVED BY YOU
☐ WEAPON
☐ PHYSICAL
☒ NONE

☐ 37 MM   ☐ L8
☐ 40 MM   ☐ 40 MULTI
☐ HFWRS   ☐ BATON

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | (2) Deadly Weapons | DVI Evidence Room | ☒ YES | ☒ YES |
| ☐ NO | (1) Boxer shorts ☐ N/A (17) Photographs | ☐ N/A | ☐ NO | ☐ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: _____ | |

**NARRATIVE:** On Sundy, 10·2·05, at about 1100 hours, I responded to an alarm on K-Wing South AD/Seg Yard. I arrived and saw all inmates laying in a prone position Sergeant T. Brennan instructed me to conduct a recall of three Combatants, Inmate (S) Sands, K·91492, K·339, (S) Inmate Ketcherside, T·54160, K·337, and Inmate (V) Leimweber, T·58130, K·105. Upon Completion of removal of Sands and Ketcherside, I recalled Leimweber. As I was escorting him towards the entrance of K-Wing via K-Yard catwalk, I noticed a small metal object on the catwalk under the yard fence toward the South west corner. As I approached the object, I noticed it was an Inmate manufactured weapon. I secured the area and maintained visual control of the weapon until Completion of yard recall. At the Completion of the recall, I conducted

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| _(signature)_ | C/O | 67819 | ██████ | 10·2·05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| T. Brennan Sgt O'Bry | 10·2·05 | ☒ YES  ☐ NO | ☐ YES  ☒ NO | 10·2·05 |

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTION

**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

PAGE _2_ OF _3_   INCIDENT LOG NUMBER DVI-ASU-0510-0282   MI

NAME: LAST _Madrigal_   FIRST ▓   MI ▓

TYPE OF INFORMATION:
[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

**NARRATIVE:** a systematic search of the yard and catwalk. I discovered several blood droplets in the South West corner of the yard. I discovered an inmate Manufactured Stabbing weapon in the yard toilet bowl. I completed the Search without further significant discovery. I collected the spent Exact Impact round and disposed of it through the institutional armory. I photographed the yard areas, blood splatter and weapon and collected the weapons as evidence. Prior to re-housing, I photographed Leimweber and his injuries. I collected his boxer shorts with blood splatters for evidence. The slashing weapon consisted of two "Bic" style razor blades attached to a form handle (unknown substance), wrapped with what appeared to be toilet paper, clear plastic wrap, and tied with string. It measured approximately 2½" in length and ½" in width. Approximately ½" of blade protruding from the handle. The stabbing weapon consisted of round metal, appearing to be from Cyclone fencing, sharpened to a point at one end with a cloth handle. The handle appeared to be made from T-shirt material wrapped with string. The weapon was bent in a "U" Shape in an attempt to flush it, but it measured approximately 8" in total length. The metal was ⅛" thick with 4½" exposed from the handle. The handle was ⅓" wide. I processed the two weapons, boxer Shorts and Seventeen photographs Into DVI evidence room Per DVI Policy. This Concluded my involvement in this incident. The Seventeen Photographs Consisted of the following:

[X] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF

| | | |
|---|---|---|
| NAME AND TITLE (PRINT / SIGNATURE) | TITLE C/O | BADGE # 67819 | ID # ▓ | DATE 10/2/05 |
| B. Quinn Sgt Many | DATE RECEIVED 10/2/05 | APPROVED [X]YES [ ]NO | CLARIFICATION NEEDED [ ]YES [X]NO | DATE 10/2/05 |

Distribution: Original: Incident Package

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __3__ OF __3__

INCIDENT LOG NUMBER
DUI-ASU-05-10-0282

NAME: LAST Madrigal    FIRST [redacted]    MI [redacted]

TYPE OF INFORMATION:

[X] CONTINUATION OF REPORT    [ ] CLARIFICATION OF REPORT    [ ] ADDITIONAL INFORMATION

**NARRATIVE:**

#1. Picture of Entrance of K-wing yard / Catwalk

#2 K-wing Catwalk

#3 K-wing South yard entrance

#4 Direction of where incident happened / weapon found

#5 toilet area where weapon was found

#6 Blood near location of weapon found on ground

#7 Blood where victim was laying

#8 weapon on the ground

#9 weapon close up

#10 toilet area

#11 weapon in toilet

#12 close up of weapon in toilet

#13 Slashing weapon with title Sheet and ruler

#14 Stabbing weapon with title Sheet and ruler

#15 face shot of leimueller

#16 Puncture wound on upper back

#17 Slashing wound on left Shoulder / back

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF    TITLE C/O    BADGE # 6789    ID # [redacted]    DATE 10-2-05

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)    DATE RECEIVED 10/2/05    APPROVED [X] YES [ ] NO    CLARIFICATION NEEDED [ ] YES [X] NO    DATE

T Brennan Sgt

DEPARTMENT OF CORRECTION

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

| | | INCIDENT LOG NUMBER |
|---|---|---|
| PAGE __1__ OF __1__ | | DVI-ASU-05-10-02~ |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Higgins | ▮ | ▮ | 10-2-05 | 1100 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 272302 | K-1 Westside | 9 YR.  6 MO. | 10-2-05 | K-SOUTH YARD |

| | | | | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|---|

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT |
|---|---|---|
| ▮ | 0600/1400 | BATTERY ON AN INMATE WITH A WEAPON WITH SBI w/WOF   3005 (c) |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | J. BRENNAN (S)   C. BRAGA (S) | SANDS K-91492 (S) |
| ☒ RESPONDER | R. HIGGINS (S) | KETCHERSIDE T-54160 (S) |
| ☐ WITNESS | U. MADRIGAL (S) | HOWARD T-87783 (S) |
| ☐ VICTIM | R. MORA (S) | LIEMWEBER T-58130 (V) |
| ☐ CAMERA | R. COX (S) | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| | | | | TYPE: | NO: |  | NO: |

| FORCE USED BY YOU | WEAPONS USED BY YOU | CHEM. TYPE: | | TYPE: | NO: | | NO: |
|---|---|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | ☐ OC ___ | 37 MM ___ ___ | | 9 MM ___ ___ | | |
| ☐ PHYSICAL | ☐ 9 MM | ☐ CN ___ | L8 ___ ___ | | 38 CAL ___ ___ | | |
| ☒ NONE | ☐ 38 CAL | ☐ CS ___ | 40 MM ___ ___ | | MINI-14 ___ ___ | | |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN | ☐ OTHER: ___ | 40 MULTI ___ ___ | | | | |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | ☒ N/A | | | ☒ N/A | | |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | | SHOTGUN ___ ___ | | | | |
| ☒ NONE | ☐ HFWRS  ☐ BATON | | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 30 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN | ☒ NO |
| | | | ☐ OTHER: ___ | |

**NARRATIVE:**

ON SUNDAY OCTOBER 2nd, 2005 AT APPROXIMATELY 1100 HOURS, WHILE PERFORMING MY DUTIES AS K-1 WESTSIDE TIER OFFICER, I RESPONDED TO AN ALARM ON K-WING SOUTH YARD WITH THE L-8 (PL5 0136) IN HAND, ALL INMATES WERE DOWN UPON MY ARRIVAL, I PROVIDED COVERAGE AS THREE COMBATANTS WERE REMOVED FROM THE YARD. I REMAINED ON THE YARD CATWALK AS THE REMAINDER OF THE YARD WAS RECALLED WITHOUT INCIDENT. THIS CONCLUDES MY INVOLVEMENT IN THE INCIDENT, I OBSERVED NO FORCE.

CHECK IF NARRATIVE IS CONTINUED ON PART C1

| REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| PRINT / SIGNATURE  D. Higgins  S4 ▮ | C/O | 54415 | ▮ | 10-2-05 |
| DATE RECEIVED  10/2/05 | APPROVED  ☒ YES  ☐ NO | CLARIFICATION NEEDED  ☐ YES  ☒ NO | | DATE  10/2/05 |

Distribution: Original: Incident Package   Copies: Reporting Employee

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C - STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTION

PAGE __1__ OF __1__

INCIDENT LOG NUMBER
KVISU/05-10-0028?

NAME: LAST Braga          FIRST [redacted]    M

DATE OF INCIDENT 10·2·05    TIME OF INCIDENT 11:

POST # 238    POSITION K-2 East    YEARS OF SERVICE 18 YR. 9 MO.    DATE OF REPORT 10·2·05    LOCATION OF INCIDENT K wing south

RDO's [redacted]    DUTY HOURS 0600 1400    DESCRIPTION OF CRIME / INCIDENT Battery on an Inmate, w/a weapon    N/A  CCR SECTION / RULE  3005 (c)  ☐ N/A

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | Sgt. B. Brennan    (S) | Ketcherside  T54160  (S) |
| ☑ RESPONDER | Madrigal    (S) | Sands  K91792  (S) |
| ☐ WITNESS | | Weinweber  T58130  (V) |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | |
|---|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | **CHEM. TYPE:** | **TYPE:** | **NO:** | | **NO:** |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC ____ | 37 MM ____ | | 9 MM ____ | |
| ☑ NONE | ☐ 38 CAL | ☐ CN ____ | L8 ____ | | 38 CAL ____ | |
| **FORCE OBSERVED BY YOU** | ☐ SHOTGUN | ☐ CS ____ | 40 MM ____ | | MINI-14 ____ | |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | ☐ OTHER: ____ | 40 MULTI ____ | | ☑ N/A | |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☑ N/A | | | | |
| ☑ NONE | ☐ HFWRS  ☐ BATON | | SHOTGUN ____ | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES  ☑ NO | ☑ N/A | ☑ N/A | ☐ YES  ☑ NO | ☐ YES  ☑ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☑ NO | ☑ N/A | ☑ N/A | ☐ BODILY  ☑ N/A  ☐ UNKNOWN  ☐ OTHER: | ☐ YES  ☑ NO |

NARRATIVE: On Sunday, October 2, 2005 at approximately 1100 hours, I responded to an alarm on K south Ad seg. Yard which consist of compatible group (1) one inmates of white and Southern hispanic inmates. I observed all inmates lying on the ground I immediately performed a skhematic on each inmate on the K south yard. Each inmate was written down on a skhematic form based on their location on the yard. Each I/m was positively identified through the K wing picture board and isolation log. This concludes my involvement in this incident. The skhematic form is attached to this report.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF  Curolyn Braga | TITLE C/O | BADGE # 38070 | ID # [redacted] | DATE 10·2·05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)  T. Brennan  Sgt. | DATE RECEIVED 10/2/05 | APPROVED ☑ YES  ☐ NO | CLARIFICATION NEEDED ☐ YES  ☑ NO | DATE 10/2/05 |

Distribution: Original: Incident Package  Canary: Reporting Employee  Pink: Reviewing Supervisor

DEPARTMENT OF CORRECTION

STATE OF CALIFORNIA
# CRIME / INCIDENT REPORT
## PART C- STAFF REPORT
CDC 837-C (Rev. 09/03)

PAGE __1__ OF __2__   INCIDENT LOG NUMBER: DVI-ASU-05-10-0282

| | |
|---|---|
| NAME: LAST **Cox** | FIRST ▮▮ MI ▮▮ |
| DATE OF INCIDENT 10-2-05 | TIME OF INCIDENT 1100 hrs |
| POST # Z316 | POSITION K-3#1 |
| YEARS OF SERVICE 19 YR. 1 MO. | DATE OF REPORT 11-2-05 |
| LOCATION OF INCIDENT K-South Yard | |
| RDO's ▮▮ | DUTY HOURS 0600-1400 |
| DESCRIPTION OF CRIME / INCIDENT Battery on an Inmate with a weapon w/GBI w/uof | CCR SECTION / RULE 3005(c) ☐ N/A |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | Sgt. T. Brennan (S) | Im Sands K-91492 (S) |
| ☒ RESPONDER | | Im Ketcherside T-54160 (S) |
| ☐ WITNESS | | Im Leimweber T-58130 (V) |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | | NO: |
|---|---|---|---|---|---|---|
| | | CHEM. TYPE: | | TYPE: | NO: | |
| ☐ WEAPON | ☐ MINI-14 | ☐ OC | 37 MM | | | 9 MM |
| ☐ PHYSICAL | ☐ 9 MM | ☐ CN | L8 | | | 38 CAL |
| ☒ NONE | ☐ 38 CAL | ☐ CS | 40 MM | | | MINI-14 |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN | ☐ OTHER: | 40 MULTI | | | ☒ N/A |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | | | | | |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☒ N/A | SHOTGUN | | | |
| ☒ NONE | ☐ HFWRS  ☐ BATON | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES | | | ☐ YES | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 30 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN  ☐ OTHER: | ☒ NO |

NARRATIVE: On Sunday, October 2, 2005 at Aprox, 1100 hrs I Responded to an Alarm on the K-South Recreation Yard. When I Arrived I observed I observed All Inmates Lying on the Ground in a prone position. Tower 10 Officer R. Mora Informed Responding Staff that Inmates Sands, K-91492 and Katcherside, T-54160 had Assaulted Inmate Leimweber, T-58130. I provided Coverage with the MK46 Pepperspray Cannister of Pepperspray As Sgt. T. Brennan ordered the Involved Inmates to the Yard Gate one by one where they were placed in Handcuffs And Escorted to K-Wing. I continued to provide Coverage while All un-Involved

THE NARRATIVE CONTINUED ON PART C1

| REVIEWER (PRINT / SIGNATURE) ▮ Brennan sgt. Abr | TITLE C/o | BADGE # 32940 | ID # ▮▮ | DATE 10-2-05 |
|---|---|---|---|---|
| DATE RECEIVED 10/2/05 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 10/2/05 | |

Distribution: Original: Incident Package

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE _2_ OF _2_

INCIDENT LOG NUMBER
DVI-ASU-05-10-0282

NAME: LAST _Cox_     FIRST _T▬_     MI ▬

**TYPE OF INFORMATION:**

☒ CONTINUATION OF REPORT     ☐ CLARIFICATION OF REPORT     ☐ ADDITIONAL INFORMATION

**NARRATIVE:** Were Removed from the yard. As Sgt. Brennan Ordered Each Inmate to the yard gate, I placed them in handcuffs. This concludes my involvement in this Incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF R. Cox | TITLE C/O | BADGE # 32940 | ID # ▬ | DATE 10-2-05 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) T. Brennan Sgt. | DATE RECEIVED 10/2/05 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 10/2/05 |

Distribution:   Original: Incident Package     Copies:

STATE OF CALIFORNIA

**CRIME / INCIDENT REPORT**
**PART C- STAFF REPORT**
CDC 837-C (Rev. 09/03)

DEPARTMENT OF CORRECTION

PAGE 1 OF 4    INCIDENT LOG NUMBER DUI-ASU05-10-0282

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| Brennen | | | 10/2/05 | 1100 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 2062 | K Sgt | 10 YR. 11 MO. | 10/2/05 | K South Yard |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| | 0600/1400 | Battery on I/m with Weapon with SBI w/ UoF | 3005 (c) | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | (S) P. Mora | (S) Sands    K-91492 |
| ☑ RESPONDER | (S) U. Medina | (S) Ketcherside    T54160 |
| ☐ WITNESS | (S) R. Higgins | (S) Howard    T87783 |
| ☐ VICTIM | (S) R. Cox | (V) Leimweber    T58130 |
| ☐ CAMERA | (S) C. Braga | |

| FORCE USED BY YOU | WEAPONS USED BY YOU | | SHOTS FIRED BY YOU | | |
|---|---|---|---|---|---|
| ☐ WEAPON | ☐ MINI-14 | CHEM. TYPE: | | TYPE: | NO: | NO: |
| ☐ PHYSICAL | ☐ 9 MM | ☐ OC | 37 MM | | 9 MM |
| ☑ NONE | ☐ 38 CAL | ☐ CN | L8 | | 38 CAL |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN | ☐ CS | 40 MM | | MINI-14 |
| ☐ WEAPON | ☐ 37 MM  ☐ L8 | ☐ OTHER: | 40 MULTI | | ☑ N/A |
| ☐ PHYSICAL | ☐ 40 MM  ☐ 40 MULTI | ☑ N/A | SHOTGUN | | |
| ☑ NONE | ☐ HFWRS  ☐ BATON | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☐ YES  ☑ NO | ☑ N/A | ☑ N/A | ☐ YES  ☑ NO | ☐ YES  ☑ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES  ☑ NO | ☑ N/A | ☑ N/A | ☐ BODILY  ☑ N/A ☐ UNKNOWN ☐ OTHER: | ☐ YES  ☑ NO |

**NARRATIVE:**

On Sunday, October 2, 2005, at approximately 1100 hours, I responded to an alarm on the K wing south yard. Upon my arrival, I observed all inmates in the prone position. Tower 10 officer F. Mora informed me that inmates Sands, K91492 K-339 and Ketcherside, T54160 K-33 attacked inmate Leimweber, T58130 K-105. I observed several cuts on his back that were actively bleeding. Sands and Ketcherside were in between Leimweber, so I instructed staff to prepare to remove the aggressors first. Officer C. Braga prepared a schematic diagram of the yard and locations and identities of all inmates. Sands and Ketcherside were removed from the yard and escorted to holding tanks

☑ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| | Sgt | 50520 | | 10/2/05 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| | 10-3-05 | ☑ YES ☐ NO | ☐ YES ☑ NO | 10-3-05 |

Distribution:

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE _7_ OF _4_

INCIDENT LOG NUMBER
DVI ASI 05-10-0282

NAME: LAST
Brennan

FIRST

MI

TYPE OF INFORMATION:

☒ CONTINUATION OF REPORT        ☐ CLARIFICATION OF REPORT        ☐ ADDITIONAL INFORMATION

NARRATIVE:

without incident. Officer Madrigal removed Leimweber from the yard and escorted him out of the area. Officer Madrigal informed me he discovered a slashing weapon on the catwalk, under the fence, near the south west corner of the yard. I instructed him to secure and maintain control of the area and maintain visual contact with the weapon until completion of the recall. The remaining inmates were recalled systematically without incident. I instructed officer Madrigal to conduct a search of the yard and catwalk, and prepare to photograph and collect the slashing weapon. He informed me that he discovered a stabbing weapon in the yard toilet and blood droplets in the south west corner of the yard during his search. I instructed him to photograph the incident areas, blood evidence, and weapons, and collect pertinent evidence. I inspected the two weapons officer Madrigal discovered. The slashing weapon consisted of two "Bic" style razor blades secured to a rigid handle with paper, plastic wrap and string. The stabbing weapon consisted of round metal, sharpened to a point at one end, with a cloth handle at the other end. It appeared to be fashioned from cyclone fencing. The weapon was found bent into a "U" shape, in an attempt to flush it down the toilet. Medical examination revealed Leimweber sustained two (2) puncture wounds to his back and several cuts to his back, arm, and left ear. Officer Mora and I reviewed two VHS video tapes from the K wing yard surveillance system, monitoring the yard at the time of the incident. The tapes clearly show

☒ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE Sgt | BADGE # 50520 | ID # | DATE 10/2/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 10-3-05 | APPROVED ☒ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☒ NO | DATE 10-3-05 |

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTIONS

PAGE __3__ OF __4__

INCIDENT LOG NUMBER
DVI ASU-05-10-0282

NAME: LAST  Brennan

FIRST ▬▬▬▬

MI ▬

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT     ☐ CLARIFICATION OF REPORT     ☐ ADDITIONAL INFORMATION

NARRATIVE: Sands strike Leimweber in the back with a stabbing motion in the North west corner of the yard. Leimweber ran to the south west corner of the yard. Sands threw an object behind his back onto the ground and ran after Leimweber. Ketcherside ran toward Leimweber and appeared to be un-wrapping an object. Inmate Howard, T-87783 K-108, walked over to the area that Sands threw the object. Howard looked up at the Tower officer, then bent down and retrieved the object. He ran to the toilet area and appeared to be attempting to flush it. Sands resumed his attack on Leimweber in the south west corner of the yard. Ketcherside joined the attack by striking Leimweber in the back and left side of his body with slashing motions. Ketcherside then backed away momentarily and appeared to throw something toward the fence and catwalk. He then resumed his attack by kicking and punching. The tower officer then fired the Exact Impact round and the combatants separated. I compared the video evidence, the schematic diagram, and officer Moras eyewitness account, and confirmed the identities and actions of the involved inmates. Leimweber injuries are consistent with being inflicted by the stabbing and slashing weapons discovered on the yard. The slashing weapon was discovered in the area Ketcherside appeared to discard an object. Sands made a clear stabbing motion to Leimweber's back, then clearly discarded the object on the ground. Howard walked to the area the object was discarded, clearly looked up at the tower officer, then grabbed the

☑ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF

TITLE  SO+

BADGE #  50520

ID #  ▬▬▬▬

DATE  10/2/05

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)

DATE RECEIVED  10-3-05

APPROVED  ☑ YES  ☐ NO

CLARIFICATION NEEDED  ☐ YES  ☑ NO

DATE  10-3-05

STATE OF CALIFORNIA
**CRIME / INCIDENT REPORT**
**PART C1- SUPPLEMENT**
CDC 837-C1 (Rev. 09/03)

DEPARTMENT OF CORRECTION

PAGE _4_ OF _4_

INCIDENT LOG NUMBER
DVI ASU-05-10-0282

NAME: LAST  Brennan
FIRST  T
MI

TYPE OF INFORMATION:

☑ CONTINUATION OF REPORT     ☐ CLARIFICATION OF REPORT     ☐ ADDITIONAL INFORMATION

NARRATIVE: Object and ran to the toilet. The second video shows Howard in the toilet area, then crawling out onto the ground in front of the toilet. The schematic diagram confirms his identity. I instructed officer Mora to process the VHS video tapes into evidence. This concludes my involvement in this incident.

☐ CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE Sgt | BADGE # 50520 | ID # | DATE 10/2/05 |
|---|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED 10-3-05 | APPROVED ☑ YES ☐ NO | CLARIFICATION NEEDED ☐ YES ☑ NO | DATE 10-3-05 |

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS

Non Job related

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| DVI | Medical | USE OF FORCE   INJURY   (UNUSUAL OCCURRENCE) | | PRE AD/SEG ADMISSION | 10/2/05 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST Leinweber, | FIRST | | CDC NUMBER T58130 | HOUSING LOC. K-105 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME | LAST | FIRST | | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME | LAST | FIRST | MIDDLE | DOB | OCCUPATION | |
| | HOME ADDRESS | | CITY | STATE | ZIP | HOME PHONE | |

| PLACE OF OCCURRENCE K-Wing Yard | DATE/TIME OF OCCURRENCE 10/2/05  1100 | NAME OF WITNESS(ES) N/A | | | | | |
|---|---|---|---|---|---|---|---|
| TIME NOTIFIED 1120 | TIME SEEN 1130 | ESCORTED BY N/A | MODE OF ARRIVAL (circle) (AMBULATORY) | LITTER   WHEELCHAIR   ON SITE in tank | AGE | RACE White | SEX male |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

| INJURIES FOUND? (YES)/ NO | |
|---|---|
| Abrasion/Scratch | (1) |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | (13) |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other | 17 |
| | 18 |
| | 19 |

| O.C. SPRAY EXPOSURE? | YES /(NO) |
|---|---|
| DECONTAMINATED? | YES /(NO) |
| Self-decontamination instructions given? | YES /(NO) |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|
| TIME/DISPOSITION | |

1130  Return to Custody.

| REPORT COMPLETED BY/TITLE   (PRINT AND SIGN) McGuire, W. Wayne McGuireW. | BADGE # 41479 | RDOs - |
|---|---|---|

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDC 7219 (Rev. 11/02)     DISTRIBUTION: ORIGINAL - UHR     CANARY - CUSTODY

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**

Non Job related

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| DVI | Medical | USE OF FORCE   INJURY   (UNUSUAL OCCURRENCE) | | PRE AD/SEG ADMISSION | 10/2/05 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST Ketcherside | FIRST Ro | CDC NUMBER T5444 4160 | HOUSING LOC. K 337 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME | LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE | |

| PLACE OF OCCURRENCE K-wing Yard | DATE/TIME OF OCCURRENCE 10/2/05  1100 | NAME OF WITNESS(ES) N/A | |
|---|---|---|---|

| TIME NOTIFIED 1110 | TIME SEEN 1120 | ESCORTED BY N/A | MODE OF ARRIVAL *(circle)* (AMBULATORY) | LITTER | WHEELCHAIR | AGE | RACE White | SEX male |
|---|---|---|---|---|---|---|---|---|
| | | | | ON SITE in tank | | | | |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

| INJURIES FOUND?   YES / NO | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other blood found inside | 17 |
| ⑧ palm that doesn't | 18 |
| belong to inmate | 19 |

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

blood

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|

| TIME/DISPOSITION | REPORT COMPLETED BY/TITLE *(PRINT AND SIGN)* | BADGE # | RDOs |
|---|---|---|---|
| 1120 / Return to Custody | McGuire W. | 41479 | |

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 11/02)       DISTRIBUTION:  ORIGINAL - UHR       CANARY - CUSTODY       PINK - HEALTH AND SAFETY

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY
OR UNUSUAL OCCURRENCE**

DEPARTMENT OF CORRECTIONS

Non Job related

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | | DATE |
|---|---|---|---|---|---|
| DVI | Medical | USE OF FORCE | INJURY | ON THE JOB INJURY | 10/2/05 |
| | | | (UNUSUAL OCCURRENCE) | PRE AD/SEG ADMISSION | |

| THIS SECTION FOR INMATE ONLY | NAME LAST Sands. | FIRST | CDC NUMBER K91492 | HOUSING LOC. K339 | NEW HOUSING LOC. |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST MIDDLE | | DOB | OCCUPATION |
| | HOME ADDRESS | CITY STATE | ZIP | | HOME PHONE |

| PLACE OF OCCURRENCE E-Wing YARD | DATE/TIME OF OCCURRENCE 10/2/05 1100 | NAME OF WITNESS(ES) N/A |
|---|---|---|

| TIME NOTIFIED 1110 | TIME SEEN 1125 | ESCORTED BY N/A | MODE OF ARRIVAL *(circle)* (AMBULATORY) LITTER ON SITE in tank WHEELCHAIR | AGE | RACE White | SEX Male |
|---|---|---|---|---|---|---|

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

████████████████████████████████████████████

| INJURIES FOUND?   YES /(NO) | |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other blood noted inside | 17 |
| ⑱ palm of hand | 18 |
| that is not inmate | 19 |

| O.C. SPRAY EXPOSURE?   YES /(NO) |
| DECONTAMINATED?   YES /(NO) |
| Self-decontamination instructions given?   YES /(NO) |
| Refused decontamination?   YES /(NO) |
| Q 15 min. checks | |
| Staff issued exposure packet?   YES / NO |

| RN NOTIFIED/TIME | PHYSICIAN NOTIFIED/TIME |
|---|---|

blood

| TIME/DISPOSITION 1125 / Return to Custody | REPORT COMPLETED BY/TITLE *(PRINT AND SIGN)* McQuirk. W | BADGE # 41479 | RDOs ████ |
|---|---|---|---|

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

CDC 7219 (Rev. 11/02)    DISTRIBUTION:  ORIGINAL - UHR    CANARY - CUSTODY    PINK - HEALTH AND SAFETY/REVIEW OFFICE