# EXHIBIT 4

# STATE OF CALIFORNIA
# RULES VIOLATION REPORT

## DEPARTMENT OF CORRECTIONS

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| K-91492 | SANDS | | DVI | K-339 | 05-10-04-ASU |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 3005 (c) | BATTERY ON AN INMATE WITH A WEAPON W/ SBI | K-SOUTH YARD | 10-02-05 | |

**CIRCUMSTANCES**

On Sunday, October 02, 2005, at approximately 1100 hours, while performing my duties as Tower 10 Officer, I observed two Inmates attacking another inmate by striking him about the head and upper body area with their fists and feet. The attacking inmates were later identified as Inmate SANDS, K-91492, K-339, and Inmate Ketcherside, T-54160, K-337. The victim was identified later as Inmate Leimweber, T-58130, K-105. I ordered them to, "Stop fighting and get down" twice, they did not comply. I then activated the K-yard alarm. I yelled once more, "Stop fighting and get down" They did not comply. Utilizing the assigned tower ten (10) 40mm launcher serial #D-22880, I fired one (1) exact impact round at Inmate Ketcherside, zone one area (legs). I did not observe an impact. I reloaded with another exact impact round, and at that point they all complied by lying in the prone position along with the rest of the yard. Responding staff arrived on the scene. All three were recalled of the yard and taken out of the area without incident. **[CONTINUATION OF CDC 115, PAGE 2]**

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| R. MORA, Correctional Officer | | K-Wing - ASU, 2nd Watch | |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|
| | | DATE | LOC. K | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☑ SERIOUS | A-1 | | | ☐ HO ☑ SHO ☐ SC ☐ FC |

**COPIES GIVEN INMATE BEFORE HEARING**

| ☑ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT (rt) Photographs |
|---|---|---|---|---|

| ☑ INCIDENT REPORT LOG NUMBER: 11-ASU-05-10-0282 | BY: (STAFF'S SIGNATURE) W72193 | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |

**HEARING**

REFERRED TO   ☐ CLASSIFICATION   ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
|---|---|---|---|

| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|

CDC 115 (7/88)

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | PAGE___OF___ |

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-91492 | SANDS | 05-10-04-ASU | D.V.I. | 10-02-05 |

☐ SUPPLEMENTAL   ☒ CONTINUATION OF:   ☒ 115 CIRCUMSTANCES   ☐ HEARING   ☐ IE REPORT   ☐ OTHER_____

**[CONTINUATION OF CDC 115, PAGE 2]**

I continued to provide gun coverage while recalling the rest of the yard. The yard was recalled without further incident. I was ~~demanded~~ DEMANNED and reported to K-wing in order to review the K-South yard surveillance tapes. While reviewing the tapes I saw Inmate SANDS and Inmate Ketcherside attack Inmate Leimweber on the Northwest corner of the yard. I observed Inmate SANDS make a striking motion to Inmate Leimweber back. Inmate Leimweber then began to run to the Southwest corner. Inmate SANDS appeared to throw an object down with his right hand. Inmate SANDS and Inmate Ketcherside ran after Inmate Leimweber. At that time Inmate Howard, T-87783, K-108, walked to the area where Inmate SANDS threw the object, and picked it up from the ground. He then ran to the yard toilet and appeared to attempted to flush something. Inmate SANDS and Inmate Ketcherside continued to attack Inmate Leimweber in the Southwest corner of the yard. I observed Inmate Ketcherside unravel something, pull out an object and make slashing motions to Inmate Leimweber's back and head. After I fired the exact impact round, the inmates separated and lay prone. Once the yard was clear and secured, staff discovered a stabbing weapon in the toilet bowl and a slashing weapon on the catwalk in the area Inmate Ketcherside attacked Inmate Leimweber. The Inmates actions, location, and identities were verified by comparing/combining the videos, the schematic diagram completed by C/O C. Braga and my eyewitness account. I maintained control of the two VHS video tapes and processed them into the DVI evidence chute. Inmate SANDS is not a participant in the Mental Health Delivery System. Positive Identification was made by K-Wing picture board. Inmate SANDS is aware of this report.

R. MORA, Correctional Officer

| | SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|---|
| ✓ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | 10/6/05 |
| | | 10/11/05 | TIME SIGNED 1030 |

CDC 115-C (5/95)

OSP 99 25082

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS
PAGE ___ OF ___

## RULES VIOLATION REPORT - PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-91492 | SANDS | 05-10-06-ASU | D.V.I. | 10-02-05 |

[X] SUPPLEMENTAL   [ ] CONTINUATION OF:   [X] 115 CIRCUMSTANCES   [ ] HEARING   [ ] IE REPORT   [ ] OTHER ___

On Sunday, October 02, 2005, at approximately 1100 hours, I responded to an alarm on the K-Wing South Yard. Upon my arrival, I observed all inmates in the prone position. Tower ten (10) Officer R. Mona informed me that Inmate **SANDS**, K-91492, K-339 and Inmate Ketcherside, T-54160, K-337, attacked Inmate Leinweber, T-58130, K-105, I observed several cuts on his back that were actively bleeding. Inmate **SANDS** and Inmate Ketcherside were in between Inmate Leinweber and the yard gate so I instructed staff to prepare to remove the aggressors first. Officer C. Braga prepared a schematic diagram of the yard, locations, and identities of all inmates. Inmate **SANDS** and Inmate Ketcherside were removed from the yard and escorted to holding tanks without incident. Officer Madrigal removed Inmate Leimweber from the yard and escorted him out of the area. Officer Madrigal informed me he discovered a slashing weapon on the catwalk, under the fence, near the Southwest corner of the yard. I instructed him to secure and maintain control of the area and maintain visual contact with the weapon until completion of the recall. The remaining inmates were recalled systematically without incident. I instructed Officer Madrigal to conduct a search of the yard and catwalk, and prepare to photograph and collect the slashing weapon. He informed me that he discovered a stabbing weapon in the yard toilet and blood droplets in the Southwest corner of the yard during his search. I instructed him to photograph the incident areas, blood evidence, and weapons, and collect pertinent evidence. I inspected the two weapons Officer Madrigal discovered. The slashing weapon consisted of two (2) "Bic" style razor blades secured to a rigid handle with paper, plastic wrap, and string. The stabbing weapon consisted of round metal, sharpened to a point at one end, with a cloth handle at the other end. It appeared to be fashioned from cyclone fencing. The weapon was found bent into a "U" shape, in an attempted to flush it down the toilet. Medical examination revealed Inmate Leimweber sustained two (2) puncture wounds to his back and several cuts to his back, arm, and left ear. Officer Mora and I reviewed two VHS video tapes from the K-Wing yard surveillance system, monitoring the yard at the time of the incident. The tapes clearly show Inmate **SANDS** strike Inmate Leimweber in the back with a stabbing motion in the Northwest corner of the yard. Inmate Leimweber ran to the Southwest corner of the yard. Inmate **SANDS** threw an object behind his back onto the ground and ran after Inmate Leimweber. Inmate Ketcherside ran toward Inmate Leimweber and appeared to be unwrapping an object. Inmate Howard, T-87783, K-108, walked over to the area that Inmate **SANDS** threw the object. Inmate Howard looked up at the Tower Officer, then bent down and retrieved the object. He ran to the toilet area and appeared to be attempting to flush it. Inmate **SANDS** resumed his attack on Inmate Leimweber in the Southwest corner of the yard. Inmate Ketcherside joined the attack by striking Inmate Leimweber in the back and left side of his body with slashing motions. Inmate Ketcherside then backed away momentarily and appeared to throw something toward the fence and catwalk. He then resumed his attack by kicking and punching. The tower officer then fired the exact impact round and the combatants separated. I compared the video evidence, the schematic diagram, and Officer Moras eyewitness account, and confirmed the identities and actions of the involved inmates. Inmate Leimweber's injuries are consistent with being inflicted by the stabbing and slashing weapons discovered on the yard. The slashing weapon was discovered in the area Inmate Ketcherside appeared to discard an object. Inmate **SANDS** made a clear stabbing motion to Inmate Leimweber's back. Then clearly discarded the object on the ground. Inmate Howard walked to the area the object was discarded, clearly looked up at the tower officer, then grabbed the object and ran to the toilet. The second video shows Inmate Howard in the toilet area, then crawling out onto the ground in front of the toilet. The schematic diagram confirms his identity. I instructed Officer Mora to process the VHS video tapes into evidence. This concludes my involvement in this incident. Inmate **SANDS** is not a participant in the Mental Health Delivery System. Positive Identification was made by K-Wing picture board. Inmate **SANDS** is aware of this report.

T. BRENNAN, Correctional Sergeant

SIGNATURE OF WRITER: [signature]   DATE SIGNED:
[✓] COPY OF CDC 115-C GIVEN TO INMATE
GIVEN BY: (Staff's Signature) [signature]   DATE SIGNED: 10-11-05   TIME SIGNED: 1030

CDC 115-C (5/95)   OSP 99 25082

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-91492 | SANDS | 05-10-04-ASU | DVI | 03/11/06 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF   ☐ 115 CIRCUMSTANCES   ☑ HEARING   ☐ I.E. REPORT   ☐ OTHER:

### HEARING PREPARATION:
This **hearing** commenced on Thursday, March 9, 2006, at approximately 1825 hours. Inmate SANDS was present and stated he is in **good** health.

### MENTAL HEALTH SERVICES DELIVERY SYSTEM:
According to mental health records inmate SANDS is not a participant in the Mental Health Services Delivery System (MHSDS). The behavior resulting in the RVR **was not** considered bizarre, unusual, or uncharacteristic; therefore **did not** warrant the completion of a CDC 115-MH.

### DUE PROCESS TIME CONSTRAINTS:
Inmate SANDS acknowledged receipt of all non-confidential reports relied upon in this hearing **at least 24 hours prior to this hearing**. Inmate SANDS indicated he is ready and wished to proceed with the hearing.

It is noted that this matter was postponed past the 30 day time constraints per inmate SANDS' request pending outcome of the felony referral.

On February 14, 2006, criminal proceedings were concluded and the outcome of those proceedings were a plea of guilt with a term of 2 years consecutive time.

Time constraints **were** met.

### STAFF ASSISTANT:
Inmate SANDS was not assigned a Staff Assistant per CCR 3315(d)(2), as he spoke English, he was not illiterate, the issues were not complex, nor did the inmate require a confidential relationship to prepare a defense. Inmate SANDS was able to read the text of the RVR to this Senior Hearing Officer.

### INVESTIGATIVE EMPLOYEE:
Correctional Officer M. Garcia was assigned as the Investigative Employee per CCR 3315 (d)(1), because inmate SANDS' housing precludes him from gathering evidence for the hearing.

### WITNESSES:
Inmate SANDS **did not** request the presence of witnesses at this hearing.

The Reporting Employee was not requested **and was not present** for this hearing.



| | SIGNATURE OF WRITER R. THOMAS, Correctional Lieutenant | DATE SIGNED 03/11/06 |
|---|---|---|
| ☑ COPY OF CDC-115 GIVEN TO INMATE | GIVEN BY STAFF SIGNATURE | DATE SIGNED 3-16-06 | TIME SIGNED 1300 |

CDC-115-C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-91492 | SANDS | 05-10-04-ASU | DVI | 03/11/06 |

☐ SUPPLEMENTAL  ☒ CONTINUATION OF  ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ I.E. REPORT  ☐ OTHER:

**DEFENDANT'S PLEA & STATEMENT:**
The charge was read to inmate SANDS, he pled **NOT GUILTY**. Inmate SANDS is charged with "BATTERY ON AN INMATE WITH A WEAPON WITH SBI," a Division "A-1" offense, which is in violation of CCR Section 3005 (c).

Inmate SANDS stated, "I'm not pleading guilty to the specific charge, but I will plead guilty to battery but not with a weapon or with SBI."

Senior Hearing Officer asked inmate SANDS the following questions:
Q: "You took a plea with the courts for P.C. 4501?"
A: "That's what it came back as."
Q: "How did you get blood on your hands?"
A: "From fighting."

**FINDINGS:**
Inmate SANDS is found **GUILTY of violating an included charge of** CCR "**3005 (c)**" by the specific act of "**BATTERY ON AN INMATE WITH A WEAPON.**"

The preponderance of evidence substantiates the charge. The evidence and documents relied upon were:

1. The contents of the CDC 115 Log # 05-10-04-ASU, written by Officer R. Mora, that indicates he observed inmate SANDS K-91492, and inmate Ketcherside T-54160, attacking inmate Leimweber, T-58130 in the head and upper body area. Officer Mora gave two orders to the inmates to stop fighting and get down with negative results. Officer Mora activated the K-Wing alarm and again gave orders to stop fighting and get down and they did not comply. Officer Mora utilized his assigned 40mm launcher and discharged one exact impact round. Officer Mora reloaded his 40mm launcher and the inmates laid down on the ground.

2. The contents of the CDC 837 Log # DVI-ASU-05-10-0282, Part C Staff Report, written by Officer R. Mora that indicates he reviewed the videotape of the incident on the K-Wing South Yard. During the review of the videotape Officer Mora observed inmate SANDS make a striking motion to inmate Leimweber's back. Inmate SANDS then threw an object down on the ground with his right hand.

3. The contents of the CDC 837 Log # DVI-ASU-05-10-0282, Part C Staff Report, written by Sgt. T. Brennan that indicates he and Officer R. Mora reviewed the surveillance tapes of the yard at the time if the incident. During the review Sgt. Brennan observed inmate SANDS strike inmate Leimweber in the back with a stabbing motion. Sgt. Brennan also observed on the videotape inmate SANDS throwing an object on the ground.

| | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|
| | R. THOMAS, Correctional Lieutenant | 03/11/06 |
| ☒ COPY OF CDC-115 GIVEN TO INMATE | GIVEN BY STAFF SIGNATURE | DATE SIGNED | TIME SIGNED |
| | | 3-16-06 | 1300 |

CDC-115-C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| K-91492 | SANDS | 05-10-04-ASU | DVI | 03/11/06 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☒ HEARING | ☐ I.E. REPORT | ☐ OTHER: |

4. Review of the incident videotape and the yard schematic places inmate SANDS in the location of the incident.

5. Inmate SANDS' partial admission of guilt during this hearing.

6. The Abstract of Judgment from the San Joaquin Superior Court dated February 8, 2006, for inmate SANDS that indicates he took a plea for a two year term of P.C. 4501 Battery on an Inmate with a Weapon.

7. The contents of the CDC 7219 Medical Report that indicates inmate Leimweber sustained injuries consistent with being the victim of a battery with a weapon. Those injuries were a two (2) puncture wounds to the back and two (2) slash marks to the back.

**DISPOSITION:**

**GUILTY**

Inmate SANDS was assessed 360 days Forfeiture of Credit. Inmate SANDS was counseled and reprimanded.

Inmate SANDS will be referred to Classification Committee for a possible assessment of a **SHU term**.

**ADVISEMENT OF RIGHTS:**
Inmate SANDS was advised that he would be issued a final copy of the RVR, after audit by the Chief Disciplinary Officer. Inmate SANDS was advised of his right to and process for appeal of this action. Inmate SANDS was advised that credits forfeited on a Division A-1 offense are not restorable.



| | SIGNATURE OF WRITER R. THOMAS, Correctional Lieutenant | DATE SIGNED 03/11/06 |
|---|---|---|
| ☐ COPY OF CDC-115 GIVEN TO INMATE | GIVEN BY STAFF SIGNATURE | DATE SIGNED 3-16-06 | TIME SIGNED 1800 |

CDC-115-C

STATE OF CALIFORNIA                                                                                                     DEPARTMENT OF CORRECTIONS
# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| K-91492 | SANDS | 3005 (c) | 10-02-05 | DVI | 05-10-04-ASU |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☑ YES  ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | | |
| ☒ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | [signature] | 10-11-05 |

| DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION | | |
|---|---|---|---|
| 11/7/05 | Accepted / AOS received 2-14 (B) | | |

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | |
| ☒ NOT ASSIGNED | REASON: per 3315 (d)(c) | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED | ☐ WAIVED BY INMATE | | |
| ☒ ASSIGNED | DATE: 3/2 | NAME OF STAFF: C/o Garcia | |
| ☐ NOT ASSIGNED | REASON | | |

EVIDENCE/INFORMATION REQUESTED BY INMATE: None

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE   ☐ STAFF ASSISTANT   ☐ INVESTIGATIVE EMPLOYEE   ☐ OTHER _____   ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| N/A | ☐ ☐ | ☐ ☐ | N/A | ☐ ☐ | ☐ ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

On 3-5-06, I was assigned the duties of Investigative Employee for CDC-115, Log # 05-10-04-ASU. I advised Inmate SANDS, K-91492, housed in K-339, of my assignment and that as the Investigative Employee, my role is as fact finder for the Senior Hearing Officer. He stated that he DID NOT have objections to my serving in this capacity.

DEFENDANT'S STATEMENT: On 3-5-06, I interviewed Inmate SANDS, K-91492, regarding the charge and he stated, "The videotape does not show me stabbing Inmate Leimweber. It shows me punching him. There was no SBI. The 7219 shows that there was no SBI." He had no other relevant information to provide in this matter. Inmate SANDS did not request the presence of any witnesses at the hearing.

REPORTING EMPLOYEE: On 3-5-06, I interviewed Correctional R. Mora, regarding the charge and he stated, "I observed Inmates Ketcherside and SANDS attacking Inmate Leimweber on the K-South yard. A review of the videotapes assisted in determining weapons were used. Medical examination revealed Inmate Leimweber received "Stab" wounds and "Slice" wounds"

INVESTIGATIVE EMPLOYEES COMMENTS: Inmate SANDS did not request witnesses and had no questions of any staff or inmates. I have no other relevant information to provide in this matter.

Inmate Received Copy On: DATE: 3/7/06  TIME: 1300  [signature]   C/o M. Garcia

INVESTIGATOR'S SIGNATURE: [signature]    DATE: 3/7/06

☒ COPY OF CDC 115-A GIVEN INMATE   BY: (STAFF'S SIGNATURE) [signature]   TIME: 1030   DATE: 10-11-05

CDC 115-A (7/88)   — If additional space is required use supplemental pages —   88 86095

**EXHIBIT 5**

# STATE OF CALIFORNIA
## MEDICAL REPORT OF INJURY OR UNUSUAL OCCURRENCE

DEPARTMENT OF CORRECTIONS

Non Job related

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) INJURY / USE OF FORCE / **UNUSUAL OCCURRENCE** / ON THE JOB INJURY / PRE AD/SEG ADMISSION | DATE |
|---|---|---|---|
| DVI | Medical | (UNUSUAL OCCURRENCE circled) | 10/2/05 |

| THIS SECTION FOR INMATE ONLY | NAME | LAST: Ketcherside | FIRST: R[redacted] | CDC NUMBER: T54444 #160 | HOUSING LOC: K 337 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |

| THIS SECTION FOR VISITOR ONLY | NAME | LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE: K-wing yard | DATE/TIME OF OCCURRENCE: 10/2/05 1100 | NAME OF WITNESS(ES): N/A |
|---|---|---|

| TIME NOTIFIED: 1110 | TIME SEEN: 1120 | ESCORTED BY: N/A | MODE OF ARRIVAL (circle) (AMBULATORY) / LITTER / ON SITE un tank / WHEELCHAIR | AGE: [redacted] | RACE: White | SEX: male |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

[redacted black bar]

| INJURIES FOUND? | YES / **NO** |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other: blood found inside | 17 |
| ② palm that doesn't | 18 |
| belong to inmate | 19 |

blood (arrow pointing to hand on body diagram)

| O.C. SPRAY EXPOSURE? | YES / **NO** |
| DECONTAMINATED? | YES / **NO** |
| Self-decontamination instructions given? | YES / **NO** |
| Refused decontamination? | YES / **NO** |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

RN NOTIFIED/TIME       PHYSICIAN NOTIFIED/TIME

TIME/DISPOSITION: 1120 / Return to Custody

REPORT COMPLETED BY/TITLE (PRINT AND SIGN): McGuire W. [signature]

BADGE #: 41479    RDOs: [redacted]

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

STATE OF CALIFORNIA  
MEDICAL REPORT OF INJURY  
OR UNUSUAL OCCURRENCE  

DEPARTMENT OF CORRECTIONS

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT (circle) | | | DATE |
|---|---|---|---|---|---|
| DVI | Medical | INJURY  USE OF FORCE  (UNUSUAL OCCURRENCE) | ON THE JOB INJURY  PRE AD/SEG ADMISSION | Non Job related | 10/2/05 |

| THIS SECTION FOR INMATE ONLY | NAME LAST: Sands | FIRST | CDC NUMBER: K91492 | HOUSING LOC.: K339 | NEW HOUSING LOC. |
|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |

| THIS SECTION FOR VISITOR ONLY | NAME LAST | FIRST | MIDDLE | DOB | OCCUPATION |
| | HOME ADDRESS | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE: E-wing yard | DATE/TIME OF OCCURRENCE: 10/2/05 1100 | NAME OF WITNESS(ES): N/A |
|---|---|---|
| TIME NOTIFIED: 1110 | TIME SEEN: 1125 | ESCORTED BY: N/A | MODE OF ARRIVAL (circle): LITTER  WHEELCHAIR  (AMBULATORY)  ON SITE in tank | AGE: ███ | RACE: White | SEX: Male |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE  
████████████████████████████████████████████

INJURIES FOUND? YES (NO)

| Injury | # |
|---|---|
| Abrasion/Scratch | 1 |
| Active Bleeding | 2 |
| Broken Bone | 3 |
| Bruise/Discolored Area | 4 |
| Burn | 5 |
| Dislocation | 6 |
| Dried Blood | 7 |
| Fresh Tattoo | 8 |
| Cut/Laceration/Slash | 9 |
| O.C. Spray Area | 10 |
| Pain | 11 |
| Protrusion | 12 |
| Puncture | 13 |
| Reddened Area | 14 |
| Skin Flap | 15 |
| Swollen Area | 16 |
| Other: blood noted inside (B)palm of hand that is not inmate's | 17, 18, 19 |

O.C. SPRAY EXPOSURE? YES / (NO)  
DECONTAMINATED? YES / (NO)  
Self-decontamination instructions given? YES / (NO)  
Refused decontamination? YES / (NO)  
Q 15 min. checks  
Staff issued exposure packet? YES / NO  

RN NOTIFIED/TIME  
PHYSICIAN NOTIFIED/TIME  

TIME/DISPOSITION: 1125 / Return to Custody  

REPORT COMPLETED BY/TITLE (PRINT AND SIGN): McGuire, W  [signature] RN  
BADGE #: 41479  RDOs: ███

(Medical data is to be included in progress note or emergency care record filed in UHR)

CDC 7219 (Rev. 11/02)    DISTRIBUTION: ORIGINAL - UHR