1  NAME: Aric Sands
2  CDC NO.: K-91492    CELL NO. C-7-106
3  P.O. Box 1050
4  Salinas Valley State Prison
5  Soledad, Ca. 93960-1050
6
7  Plaintiff In Pro Se


FILED
MAR 31 2008
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court
for the Northern District of California
(Insert Court Name And District)

In the matter of                ) CASE NO.: C 07-4466 CRB (PR)
                                )
                                ) Emergency Motion for
Aric Sands                      ) extention of time to
                                ) File Traverse
         Plaintiff, / Petitioner)
                                )
vs.                             )
                                )
Mike Evans, warden              )
         Defendants/Respondent  )

Petitioner comes before this Court to make this motion for the following reasons:

Petitioner is currently incarcerated at Salinas Valley State Prison which is on a Modified/Lockdown status. This status precludeds Petitioner from the necessary use of Legal law library that is needed to properly present this case. Due to being a lay person of the law,

1. Petitioner is in need of the Law Library and the Materials
2. within. Due to being on Lock down Status, all movement of
3. inmates is controled by escorts at specific times and
4. dates. These times and dates for all inmates who can
5. prove they have an active Court Date are at the
6. discretion of the Law librarian who will then place an inmate
7. on the List, which limits the available time to one hour,
8. one time a week. Petitioner Received the Respondents
9. "Answer to Order to Show Cause", on March 13th. Thirty
10. (30) days from that is what the Petitioner is given to
11. File the Traverse with the court and that only gives
12. the Petitioner (4) four, one hour visits to the law library.
13. The Process that an inmate must go through to be added
14. to the law library list will take one week, which will cut
15. those alotted visits down to Three (3), one hour visits
16. in a Thirty (30) days time period.
17.     I Respectfully Request for a 30 day extention to
18. be able to file this Traverse more adequately for the
19. Courts.

21. Date: 3-27-08          Name Aric Sands
22.                         Signature Aric Sands
23.                         C 07-4466 CRB (PR)

# PROOF OF SERVICE BY MAIL

I, _Aric Sands_, DECLARE:
    Name

I AM OVER THE AGE OF 18, ~~NOT A PARTY TO THIS ACTION, AND RESIDE / AM EMPLOYED AT~~

_____ ~~IN _____ COUNTY.~~
Address

ON _3-27-08_, I DEPOSITED IN THE UNITED STATES MAIL AT
   Date

_Soledad, CA._ A COPY OF THE ATTACHED
City and State

_Motion for extention of time_ IN A SEALED ENVELOPE, WITH
Title or description of each paper

POSTAGE FULLY PRE PAID, ADDRESSED TO:

| U.S. District Court | Attorney General's Office |
|---|---|
| Northern District | Scott C. Mather - Deputy Attorney General |
| 450 Golden Gate Ave. | 455 Golden Gate Ave., Suite 11000 |
| San Francisco, CA 94102 | San Francisco, CA. 94102-7004 |
| (1 original and 1 copy) | (1 copy) |

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _3-27-08_

_[signature]_
SIGNATURE OF DECLARANT

_Aric Sands_
PRINT NAME OF DECLARANT

(1)
1758 P.C.

Aric Sands K-91492
Salinas Valley State Prison
P.O. Box 1050  C-7-106
Soledad, CA.
     93960-1050

STATE PRISON
GENERATED MAIL
LEGAL MAIL ON[LY]

USA FIRST CLASS FOREVER

SAN JOSE CA 951
28 MAR 2008 PM 6 L

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA.
    94102

34102+3661