IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARIC R. SANDS,                                 No. C 07-4466 CRB (PR)

       Petitioner,                             ORDER

  v.

MIKE S. EVANS,

       Respondent(s).
                                                              /

     Good cause appearing, petitioner's request for an extension of time to file a traverse is GRANTED. Petitioner shall file a traverse by no later than May 16, 2008.

     No further extensions of time will be granted.

     The clerk shall terminate the motion in docket number 8.

SO ORDERED.

DATED: April 3, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Sands, A1.eot.wpd