UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ARIC SANDS,

                Plaintiff,

   v.

MIKE S EVANS et al,

                Defendant.

_____/

Case Number: CV07-04466 CRB

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Aric R. Sands K 91492
Salinas Valley State Prison
P.O. Box 1050 C-7-106
Soledad, CA 93960-1050

Dated: April 4, 2008

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk