IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIC R. SANDS,<br><br>    Petitioner,<br><br>vs.<br><br>MIKE S. EVANS, Warden,<br><br>    Respondent. | No. C 07-4466 CRB (PR)<br><br>ORDER<br><br>(Docs # 11 & 12) |

Petitioner's motions for an evidentiary hearing and for appointment of counsel (docs # 11 & 12, respectively) are DENIED without prejudice. Petitioner clearly presented his claims for relief in the petition and ably responded to respondent's answer in a recently-filed traverse. Accord Bashor v. Risley, 730 F.2d 1228, 1234 (9th Cir. 1984) (although petitioner had no background in law, denial of appointment of counsel within discretion of district court where petitioner clearly presented issues in petition and accompanying memorandum). The court will schedule an evidentiary hearing on its own motion and appoint counsel if it determines at a later date that such hearing is required. See Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986) (appointment of counsel mandatory if evidentiary hearing is required).

SO ORDERED.

DATED: May 2, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Sands, A1.or2.wpd